| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MARK D. PETERSON (SBN 126174), KATHLEEN O. PETERSON (SBN 124791), and AMY HOWSE (SBN 252922)<br>CATES PETERSON LLP<br>4100 Newport Place, Suite 230, Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>Email: markpeterson@catespeterson.com<br>Email: kpeterson@catespeterson.com<br>Email: ahowse@catespeterson.com<br>ATTORNEY(S) FOR: Travelers Commercial Insurance Company | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff(s),<br>v.<br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-5832<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Travelers Commercial Insurance Company_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Travelers Commercial Insurance Company | Plaintiff |
| 2. Travelers Casualty and Surety Company | Plaintiff's parent |
| 3. Travelers Insurance Group Holdings, Inc. | Plaintiff's parent (2 tiers up) |
| 4. Travelers Property Casualty Corp. | Plaintiff's parent (3 tiers up) |
| 5. Travelers Companies, Inc. | Plaintiff's parent (4 tiers up) |
| 6. New York Marine and General Insurance Company | Defendant |

| | |
|---|---|
| 7/20/2021 | /s/ Mark D. Peterson |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

MARK D. PETERSON