1  MARK D. PETERSON (State Bar #126174)
   KATHLEEN O. PETERSON (State Bar #124791)
2  AMY HOWSE (State Bar # 252922)
   CATES PETERSON LLP
3  4100 Newport Place, Suite 230
   Newport Beach, CA 92660
4  Telephone: (949) 724-1180
   markpeterson@catespeterson.com
5  kpeterson@catespeterson.com
   ahowse@catespeterson.com
6
7  Attorneys for Plaintiff
   TRAVELERS COMMERCIAL
8  INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:21-cv-5832<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY** |

1

PROOF OF SERVICE OF SUMMONS

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21cv5832GW(PDx)Travelers Commercial Insurance Company vs New York Marine and General Insurance Company

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: New York Marine and General Insurance Company, a New York Corporation
was received by me on July 23, 2021

☑ I personally served the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment; Notice to Parties of Court-Directed ADR Program; Notice to Counsel; Standing Order on the individual at 2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833-3502 on July 27, 2021 3:39 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to Koy Saechao, who is designated by law to accept service of process on behalf of New York Marine and General Insurance Company, a New York Corporation on July 27, 2021 3:39 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ 108.90 for services, for a total of $ 108.90*

*I declare under penalty of perjury that this information is true.*

Date: July 27, 2021

Server's signature

**Katrina Williams**
*Printed name and title*

Contracted by DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
*Server's Address*

AO440-179667