McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
　*jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
　*lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
　*nrasmussen@mccormickbarstow.com*
Graham Van Leuven, #295599
　*graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>New York Marine and General Insurance Company, a New York corporation<br><br>　　　　Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:　　　September 16, 2021<br>Time:　　　8:30 a.m.<br>Judge:　　　Hon. George H. Wu<br>Courtroom:　9D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 16, 2021, at 8:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 9D of the above-entitled court located at 350 W. 1st Street, Los Angeles, California 90012, Defendant New York Marine and General Insurance Company ("New York Marine"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, will and hereby does move to dismiss the Complaint filed by Plaintiff Travelers Commercial Insurance Company

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT (FRCP 12(b)(6))

("Travelers") and each cause of action purportedly stated therein, including the first cause of action for "Declaratory Relief" and the second cause of action for "Equitable Contribution of Defense Expenses."

This motion to dismiss is made on the ground that the Complaint and each cause of action purportedly stated therein fail to state a claim upon which relief can be granted in that their allegations, together with both facts of which judicial notice may be taken and facts set forth in pleadings and letters referred to in the Complaint considered under the "Incorporation by Reference" doctrine, fail to demonstrate that New York Marine either owed or owes a duty to provide independent counsel pursuant to Civil Code § 2860 to a common Insured in the underlying action venued in the Circuit Court of Fairfax County, Virginia, Case No. 2019 02911, and thus fail to show that New York Marine, which is otherwise providing a defense through counsel it appointed, is obligated to reimburse Travelers for fees generated by independent counsel. *Fed. Ins. Co. v. MBL, Inc.*, 219 Cal.App.4th 29, 48-49 (2013). Under Civil Code § 1646, the New York Marine policy is to be interpreted according to the laws of the place where it is to be performed. Virginia law, unlike California law, does not recognize that an attorney appointed by a defending insurer is in a "tripartite" relationship with or otherwise has an attorney-client relationship with the insurer. Thus, defense counsel appointed by New York Marine to defend the mutual insured did not have an attorney-client relationship with New York Marine from which a conflict of interest could even arise. Secondly, even assuming that California law applies, an insured is only entitled to independent counsel where a "conflict of interest" exists. However, since defense counsel in Virginia is only obligated to comply with the Virginia Code of Professional Responsibility and not the California Rules of Professional Responsibility, no conflict of interest exists as under Virginia law an attorney appointed by an insurer only has the insured for a client. Furthermore, the reservation of rights letter issued by New York Marine did not "reserve … rights on a[ny] given issue" whose "outcome [could] be controlled by counsel first retained

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT (FRCP 12(b)(6))

1 by [New York Marine] for the defense of the claim" which could thereby create any
2 actual conflict of interest necessitating the provision of independent counsel under
3 Civil Code § 2860(b).  As a consequence of the foregoing, the Complaint fails to
4 allege facts sufficient to state the purported claims alleged against New York Marine
5 for declaratory relief or equitable contribution.

6       This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of James P. Wagoner together with exhibits attached thereto, the Request for Judicial Notice together with facts set forth therein as shown by the exhibits attached to the Declaration of James P. Wagoner, and all pleadings and papers of record and on file in this case, and such additional authority and argument as may be presented at or before the time this Motion is heard or submitted.

13       This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 10, 2021.

Dated:  August 17, 2021

By:     /s/ James. P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham Van Leuven
Attorneys for Defendant New York Marine and
General Insurance Company

7819805.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 17, 2021, I served true copies of the following document(s) described as **DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor