1   McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2   James P. Wagoner, #58553
   *jim.wagoner@mccormickbarstow.com*
3   Lejf E. Knutson, #234203
   *lejf.knutson@mccormickbarstow.com*
4   Nicholas H. Rasmussen, #285736
   *nrasmussen@mccormickbarstow.com*
5   Graham A Van Leuven, #295599
   *graham.vanleuven@mccormickbarstow.com*
6   7647 North Fresno Street
Fresno, California 93720
7   Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
8
Attorneys for Defendant New York
9   Marine and General Insurance Company

10              UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| 13   Travelers Commercial Insurance Company, a Connecticut Corporation, | Case No. 2:21-cv-5832-GW (PDx) |
| 14                    Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT** |
| 15              v. | |
| 16   New York Marine and General Insurance Company, a New York Corporation, | |
| 17 | |
| 18                    Defendant. | Filed Concurrently with Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points & Authorities; Declaration of James P. Wagoner; [Proposed] Order |
| 19 | |
| 20 | |
| 21 | Date:            September 16, 2021 |
| 22 | Time:            8:30 a.m.  Judge:           Hon. George H. Wu  Crtrm.:          9D |
| 23 | |

24

25

26

27

28

1    TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2        Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York

3   Marine and General Insurance Company ("New York Marine") hereby requests that

4   the Court take judicial notice of the following documents and events that are not

5   subject to reasonable dispute and can be accurately and readily determined from

6   sources whose accuracy cannot reasonably be questioned. Further, under Rule

7   201(c)(2), the Court "(2) must take judicial notice if a party requests it and the court

8   is supplied with the necessary information."

9        True and correct copies of the following records relevant to the dispute between

10   the parties are included as exhibits to the Declaration of James P. Wagoner which, as

11   set forth therein, were obtained from the records of the parties in connection with the

12   underlying insurance claim out of which the present litigation arises, as set forth in

13   that declaration:

14        1.    The Complaint from the Underlying Action referenced in Paragraph 7 of

15   Travelers' Complaint (Dkt. 1, p. 3) which was filed in Fairfax County Circuit Court

16   in Virginia and has been redacted to protect the identity of the insured is filed

17   concurrently herewith as Exhibit C to the Declaration of James P. Wagoner.

18        2.    The Virginia State Bar's Standing Committee on the Unauthorized

19   Practice of Law Legal Ethics Opinion 598 approved by the Supreme Court of Virginia

20   on March 8, 1985, effective June 1, 1985 filed concurrently herewith as Exhibit D to

21   the Declaration of James P. Wagoner.

22        3.    The Virginia State Bar's Standing Committee on the Unauthorized

23   Practice of Law Legal Ethics Opinion 1536  issued June 22, 1993 filed concurrently

24   herewith as Exhibit E to the Declaration of James P. Wagoner.

25   ///

26   ///

27   ///

28   ///

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL
INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT

1    4.    None of the attorneys with the firm of Cameron McEvoy PLLC are

2  licensed to practice law in California, as reflected on the firm's website at

3  cameronmcevoy.com, last accessed on August 17, 2021, filed concurrently herewith

4  as Exhibit F to the Declaration of James P. Wagoner.

5  Dated:  August 17, 2021                     McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP
6

7

8                                    By:_____/s/ James P. Wagoner_____
                                                James P. Wagoner
9                                               Lejf E. Knutson
                                                Nicholas H. Rasmussen
10                                              Graham A Van Leuven
11                                   Attorneys for Defendant New York Marine and
                                                General Insurance Company
12

13  7830805.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL
INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT

<u>**PROOF OF SERVICE**</u>

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 17, 2021, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT