# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−05832−GW−PD<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/17/2021__

Document Number(s):   __11__

Title of Document(s):   __Motion to Dismiss__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 No Notice of Interested Parties and/or no copies.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 18, 2021_          By:  _/s/ Margo Mead  margo_mead@cacd.uscourts.gov_
                                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

   **Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**