NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
James P. Wagoner, #58553
Lejf E. Knutson, # 234203
Nicholas H. Rasmussen, #285736
Graham Van Leuven #295599
7647 North Fresno Street
Fresno, California 93720

ATTORNEY(S) FOR: New York Marine and General Insurance Co.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Travelers Commercial Insurance Company, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-5832-GW (PWx) |
| v. | |
| New York Marine and General Insurance Company, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ New York Marine and General Insurance Company _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ProSight Specialty Insurance Group, Inc. | New York Marine and General Insurance Company discloses that it is a direct, wholly-owned subsidiary ProSight Specialty Insurance Group, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global, Inc., which itself is a direct, wholly-owned subsidiary of ProSight Global Holdings Limited. |
| ProSight Global, Inc. | |
| ProSight Global Holdings Limited. | |

August 17, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

New York Marine and General Insurance Company

---

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

1

## PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 18, 2021, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor