MARK D. PETERSON (State Bar #126174)
KATHLEEN O. PETERSON (State Bar #124791)
AMY HOWSE (State Bar # 252922)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

Attorneys for Plaintiff
TRAVELERS COMMERCIAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. MJ Patricia Donahue<br><br>PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY'S NOTICE OF INTENT TO FILE AMENDED COMPLAINT IN REPONSE TO DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(6)<br><br>[FRCP Rule 15(a)(1)(B)]<br><br>Date:          September 16, 2021<br>Time:          8:30 a.m.<br>Judge:         Hon. George H. Wu<br>Courtroom:  9D |

NOTICE OF INTENT TO FILE AMENDED COMPLAINT

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Plaintiff Travelers Commercial Insurance Company ("Travelers") hereby gives notice that, in response to defendant's motion to dismiss brought pursuant to FRCP Rule 12(b)(6), plaintiff Travelers will file an amended complaint, as allowed under FRCP Rule 15(a)(1)(B), which provides that "A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)." Travelers shall file its amended complaint **by September 7, 2021**, 21 days after August 17, 2021, when defendant filed its motion to dismiss (Dkt. 11).

Dated: August 26, 2021

                                        Respectfully submitted,

                                        /s/ Mark D. Peterson
                                        MARK D. PETERSON
                                        Of CATES PETERSON LLP
                                        Attorneys for Plaintiff
                                        TRAVELERS COMMERCIAL
                                        INSURANCE COMPANY