UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | September 8, 2021 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:     IN CHAMBERS - COURT ORDER**

On September 7, 2021, Plaintiff filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES Defendant New York Marine and General Insurance Company's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [11] filed on August 17, 2021, and set for September 16, 2021.

:

Initials of Preparer     JG