1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Lejf E. Knutson, #234203
     *lejf.knutson@mccormickbarstow.com*
4  Nicholas H. Rasmussen, #285736
     *nrasmussen@mccormickbarstow.com*
5  Graham Van Leuven, #295599
     *graham.vanleuven@mccormickbarstow.com*
6  7647 North Fresno Street
   Fresno, California 93720
7  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
8
   Attorneys for Defendant New York
9  Marine and General Insurance Company

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  Travelers Commercial Insurance        Case No. 2:21-cv-5832-GW (PDx)
    Company, a Connecticut corporation,
14                                         **DEFENDANT NEW YORK MARINE
                 Plaintiff,                AND GENERAL INSURANCE
15                                         COMPANY'S NOTICE OF MOTION
         v.                                AND MOTION TO DISMISS
16                                         COMPLAINT OR,
    New York Marine and General            ALTERNATIVELY, PARTIAL
17  Insurance Company, a New York          MOTION TO DISMISS EQUITABLE
    corporation                           CONTRIBUTION CLAIM AND
18                                         MOTION FOR MORE DEFINITE
                 Defendant.                STATEMENT**
19
                                           **FRCP 12(b)(6), 12(e)**
20
                                           Date:       November 18, 2021
21                                         Time:       8:30 a.m.
                                           Judge:      Hon. George H. Wu
22                                         Courtroom:  9D

23       TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

24       PLEASE TAKE NOTICE that on November 18, 2021, at 8:30 a.m., or as soon

25  thereafter as this matter may be heard in Courtroom 9D of the above-entitled court

26  located at 350 W. 1st Street, Los Angeles, California 90012, Defendant New York

27  Marine and General Insurance Company ("New York Marine"), pursuant to Rule

28  12(b)(6) of the Federal Rules of Civil Procedure, will and hereby does move the Court

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

NOTICE OF MOTION AND  MOTION TO DISMISS FAC OR, ALTERNATIVELY PARTIAL MOTION TO
DISMISS EQUITABLE CONTRIBUTION CLAIM AND FOR MORE DEFINITE STATEMENT
(FRCP 12(b)(6), 12(e))

1   to dismiss the First Amended Complaint filed by Plaintiff Travelers Commercial

2   Insurance Company ("Travelers") in its entirely for "failure to state a claim upon

3   which relief can be granted."   Alternatively, New York Marine will and hereby does

4   move this Court: (1) to dismiss the second cause of action for "Equitable Contribution

5   of Defense Expenses" in the First Amended Complaint; and (2) to order Travelers to

6   make a  "a more definite statement" of the remaining allegations of the First Amended

7   Complaint pursuant to FRCP 12(e).

8          This motion to dismiss is made on the ground that the First Amended

9   Complaint fails to state a claim upon which relief can be granted in that Travelers'

10   allegations, together with both facts of which judicial notice may be taken and facts

11   set forth in pleadings and letters referred to in the Complaint considered under the

12   "Incorporation by Reference" doctrine, fail to demonstrate that New York Marine

13   either owed or owes a duty to provide independent counsel pursuant to Civil Code

14   § 2860 to a common Insured in the underlying action venued in the Circuit Court of

15   Fairfax County, Virginia, Case No. 2019 02911.  As a result, the allegations of the

16   FAC fail to show that New York Marine, which has been otherwise providing a

17   defense through counsel it appointed, is equitably obligated to reimburse Travelers

18   for fees generated by independent counsel.  *Fed. Ins. Co. v. MBL, Inc.*, 219

19   Cal.App.4th 29, 48-49 (2013). Under Civil Code § 1646, the New York Marine policy

20   is to be interpreted according to the laws of the place where it is to be performed.

21   Virginia law, unlike California law, does not recognize that an attorney appointed by

22   a defending insurer is in a "tripartite" relationship with or otherwise has an attorney-

23   client relationship with the insurer.  Thus, defense counsel appointed by New York

24   Marine to defend the mutual insured did not have an attorney-client relationship with

25   New York Marine from which a conflict of interest could even arise.  Secondly, even

26   assuming that California law applies, an insured is only entitled to independent

27   counsel where a "conflict of interest" exists.  However, since defense counsel in

28   Virginia is only obligated to comply with the Virginia Code of Professional

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

NOTICE OF MOTION AND  MOTION TO DISMISS FAC OR, ALTERNATIVELY PARTIAL MOTION TO
DISMISS EQUITABLE CONTRIBUTION CLAIM AND FOR MORE DEFINITE STATEMENT

1  Responsibility and not the California Rules of Professional Responsibility, no conflict

2  of interest exists as under Virginia law an attorney appointed by an insurer only has

3  the insured for a client.  Furthermore, the reservation of rights letter issued by New

4  York Marine did not "reserve … rights on a[ny] given issue" whose "outcome [could]

5  be controlled by counsel first retained by [New York Marine] for the defense of the

6  claim" which could thereby create any actual conflict of interest necessitating the

7  provision of independent counsel under Civil Code § 2860(b).  Moreover, and

8  consequently, Travelers' allegations fail to state any legally viable breach of contract

9  claim against New York Marine, since Travelers is a stranger to the New York Marine

10  policy and has no standing to assert any claims on behalf of the Insured that New

11  York Marine has failed to discharge all of its defense obligations under the New York

12  Marine Policy.  Additionally, Travelers fails to allege that New York Marine is in

13  breach of any separate, enforceable intra-insurance agreement between Travelers and

14  New York Marine.  As a consequence of the foregoing, the First Amended Complaint

15  fails to allege facts sufficient to state the purported claims alleged against New York

16  Marine for declaratory relief or equitable contribution.

17          Additionally, and in the alternative, New York Marine moves this Court to

18  dismiss the second cause of action for "Equitable Contribution of Defense Expenses"

19  for failure to state a claim for relief for the same reasons stated above.  Also, and

20  alternatively,  New York Marine moves this Court for "a more definite statement" of

21  the allegations of the First Amended Complaint pursuant to FRCP 12(e) insofar as the

22  First Amended Complaint in conjunction with its second cause of action for equitable

23  contribution: (1) appears to allege that New York Marine is in breach of a separate

24  arrangement for New York Marine to pay one-half the costs of independent counsel

25  as of November, 2020 – even though the First Amended Complaint states no breach

26  of contract claim and such an alleged breach of contract cannot support Travelers'

27  equitable contribution claim as a matter of law; and (2) Travelers appears to be

28  attempting to allege that New York Marine is in breach of its defense obligations to

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

NOTICE OF MOTION AND  MOTION TO DISMISS FAC OR, ALTERNATIVELY PARTIAL MOTION TO
DISMISS EQUITABLE CONTRIBUTION CLAIM AND FOR MORE DEFINITE STATEMENT

1  the Insured by failing to provide adequate funds to Virginia defense counsel to fund

2  the Insureds' defense, notwithstanding the fact that Travelers has no standing to assert

3  such a claim under well-established California law.

4       This Motion is based on this Notice of Motion and Motion, the accompanying

5  Memorandum of Points and Authorities, the Declaration of James P. Wagoner

6  together with exhibits attached thereto, the Request for Judicial Notice together with

7  facts set forth therein as shown by the exhibits attached to the Declaration of James

8  P. Wagoner, and all pleadings and papers of record and on file in this case, and such

9  additional authority and argument as may be presented at or before the time this

10  Motion is heard or submitted.

11       This Motion is made following the conference of counsel pursuant to L.R. 7-3,

12  which took place on September 14, 2021.

13  Dated:  September 21, 2021

14                                    By:   /s/ James. P. Wagoner

15                                          James P. Wagoner
                                            Lejf E. Knutson
16                                          Nicholas H. Rasmussen
                                            Graham Van Leuven
17                                    Attorneys for Defendant New York Marine and
                                            General Insurance Company
18

19

20  7901601.1

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

NOTICE OF MOTION AND  MOTION TO DISMISS FAC OR, ALTERNATIVELY PARTIAL MOTION TO
DISMISS EQUITABLE CONTRIBUTION CLAIM AND FOR MORE DEFINITE STATEMENT

## PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 21, 2021, I served true copies of the following document(s) described as **DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor

---

NOTICE OF MOTION AND  MOTION TO DISMISS FAC OR, ALTERNATIVELY PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND FOR MORE DEFINITE STATEMENT
(FRCP 12(b)(6), 12(e))

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720