McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a New York Corporation,<br><br>Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:      November 18, 2021<br>Time:     8:30 a.m.<br>Judge:    Hon. George H. Wu<br>Crtrm.:   9D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York Marine and General Insurance Company ("New York Marine") hereby requests that the Court take judicial notice of the following documents and events that are not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Further, under Rule 201(c)(2), the Court "(2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

True and correct copies of the following records relevant to the dispute between the parties are included as exhibits to the Declaration of James P. Wagoner which, as set forth therein, were obtained from the records of the parties in connection with the underlying insurance claim out of which the present litigation arises, as set forth in that declaration:

1. The Complaint from the Underlying Action referenced in Paragraph 7 of Travelers' First Amended Complaint (Dkt. 15, p. 4) which was filed in Fairfax County Circuit Court in Virginia and has been redacted to protect the identity of the insured is filed concurrently herewith as Exhibit C to the Declaration of James P. Wagoner.

2. The Virginia State Bar's Standing Committee on the Unauthorized Practice of Law Legal Ethics Opinion 598 approved by the Supreme Court of Virginia on March 8, 1985, effective June 1, 1985 filed concurrently herewith as Exhibit D to the Declaration of James P. Wagoner.

3. The Virginia State Bar's Standing Committee on the Unauthorized Practice of Law Legal Ethics Opinion 1536 issued June 22, 1993 filed concurrently herewith as Exhibit E to the Declaration of James P. Wagoner.

///
///
///
///

4. None of the attorneys with the firm of Cameron McEvoy PLLC are licensed to practice law in California, as reflected on the firm's website at cameronmcevoy.com, last accessed on August 17, 2021, filed concurrently herewith as Exhibit F to the Declaration of James P. Wagoner.

Dated: September 21, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

7907453.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 21, 2021, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor