McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>New York Marine and General Insurance Company, a New York Corporation,<br><br>    Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF JAMES P. WAGONER IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:          November 18, 2021<br>Time:         8:30 a.m.<br>Judge:        Hon. George H. Wu<br>Crtrm.:       9D |

I, James P. Wagoner, do hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California, and am admitted to practice in the United States District Court for the Central District of California. I am a member of the firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, and in that capacity, represent Defendant New York Marine and General Insurance Company ("New York Marine") in this action.

2.    The facts herein are known to me and within my personal knowledge and if called upon to testify thereto, I could and would testify hereto.

3.    This declaration is submitted in support of New York Marine's Motion To Dismiss Complaint Or, Alternatively, Partial Motion To Dismiss Equitable Contribution Claim And Motion For More Definite Statement.

4.    The "reservation of rights issued on October 1, 2019" referenced in paragraph 11 of Travelers' First Amended Complaint (Dkt. 15, p. 5) is an October 1, 2019 letter from Mr. Steven Battaglia, a Claims Specialist for ProSight Specialty Insurance, claims administrator for New York Marine, to New York Marine's insured, stating that New York Marine would provide a defense for the insured in connection with certain litigation through the firm Cameron McEvoy, subject to the reservations of New York Marine's rights as set forth therein. A true and correct copy of the October 1, 2019 letter is filed concurrently herewith as Exhibit A.

5.    The General Liability Policy, "policy no. GL201800012500, effective July 18, 2018 to July 18, 2019 (the 'New York Marine Policy')" referenced at paragraph 8 of Travelers' First Amended Complaint (Dkt. 15, p. 4), is a policy of insurance issued by New York Marine covering its and Travelers' mutual insured, and is the policy of insurance under which Travelers' claims in the present litigation arise. A true and correct copy of the New York Marine General Liability Policy no. Gl201800012500 with (premium information and personal address information redacted) is filed concurrently herewith as Exhibit B.

///

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF DEFENDANT NEW YORK MARINE AND
GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

6.     A true and correct copy of the Complaint from the Underlying Action referenced in Paragraph 9 of Travelers' First Amended Complaint (Dkt. 15, p. 4), which was filed in Fairfax County Circuit Court in Virginia, is filed concurrently herewith as Exhibit C.

7.     A true and correct copy of the Virginia State Bar's Standing Committee on the Unauthorized Practice of Law Legal Ethics Opinion 598 approved by the Supreme Court of Virginia on March 8, 1985, effective June 1, 1985 filed concurrently herewith as Exhibit D.

8.     A true and correct copy of the Virginia State Bar's Standing Committee on the Unauthorized Practice of Law Legal Ethics Opinion 1536 issued June 22, 1993 filed concurrently herewith as Exhibit E.

9.     The defense firm appointed by New York Marine, Cameron McEvoy PLLC, consists of 12 attorneys. The firm website identifies the jurisdictions where each of the attorneys is licensed to practice law, including the District of Columbia and the States of Virginia, Maryland, New Jersey, New York,  as well as various Federal Courts. As identified by the firm website, none of the attorneys at Cameron McEvoy PLLC are admitted to practice in the state of California. True and correct copies of the firm biographies for all 12 of the firm's attorneys, as last accessed on August 17, 2021, are filed concurrently herewith as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2021.


By:        /s/ James P. Wagoner
                     James P. Wagoner

7907438.1

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 21, 2021, I served true copies of the following document(s) described as **DECLARATION OF JAMES P. WAGONER IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT