McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a New York corporation<br><br>Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:        November 18, 2021<br>Time:        8:30 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom: 9D |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

[PROPOSED] ORDER GRANTING DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

1    On November 18, 2021, Defendant New York Marine and General Insurance Company's Motion To Dismiss Complaint Or, Alternatively, Partial Motion To Dismiss Equitable Contribution Claim And Motion For More Definite Statement in the above captioned action was heard in Courtroom 9D of the United States District Court for the Central District of California before the Honorable George H. Wu.

   Having read and considered Defendant New York Marine and General Insurance Company's Motion to Dismiss, all other papers, and oral argument thereon, the Court concludes that Plaintiff Travelers Commercial Insurance Company has failed to state a claim upon which relief can be granted in that their allegations, together with both facts of which judicial notice may be taken and facts set forth in pleadings and letters referred to in the Complaint considered under the "Incorporation by Reference" doctrine, fail to demonstrate that New York Marine either owed or owes a duty to provide independent counsel pursuant to Civil Code § 2860 to a common Insured in the underlying action venued in the Circuit Court of Fairfax County, Virginia, Case No. 2019 02911, and thus fail to show that New York Marine, which is otherwise providing a defense through counsel it appointed, is obligated to reimburse Travelers for fees generated by independent counsel. Furthermore, Travelers has not demonstrated that the Complaint could be amended to sufficiently state a claim upon which relief could be granted.

   ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Travelers Commercial Insurance Company's Complaint is DISMISSED with prejudice.

SO ORDERED this _ day of __, 2021

_____
Hon. George H. Wu

7908557.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

[PROPOSED] ORDER GRANTING DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
Case No. 2:21-cv-5832-GW (PDx)

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 21, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2021, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3
[PROPOSED] ORDER GRANTING DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT