McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a New York Corporation,<br><br>Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>The Hon. Ronald S.W. Lew<br>Courtroom: 9D |

On September 21, 2021, New York Marine and General Insurance Company ("New York Marine") filed its Motion to Dismiss Complaint Or, Alternatively, Partial Motion to Dismiss Equitable Contribution Claim And Motion For More Definite Statement ("Motion") in response to Travelers Commercial Insurance Company's ("Travelers") First Amended Complaint. As set forth in the Notice of Motion and

Motion, the Motion is scheduled to be heard by the Court on Thursday, November 18, 2021 at 8:30 a.m.

Upon receipt of New York Marine's motion, Travelers' counsel informed counsel for New York Marine of a previously-scheduled oral argument before the Ninth Circuit Court of Appeal in Pasadena in the matter entitled *Impress Comm's, Inc. v. Travelers Property Casualty Company of America,* Appeal no. 20-56203, Case no. 2:19-cv-09396-MWF-E, which is scheduled for argument at 9:00 a.m. on November 18, 2021.

Accordingly, and in light of that conflict, the parties hereby stipulate and agree that hearing on New York Marine's Motion to Dismiss should be continued from November 18, 2021 to the next mutually agreeable available hearing date on December 13, 2021, at 8:30 a.m., in Courtroom 9D of the above-entitled Court.

The parties have further agreed that Travelers' Opposition, which would be due on Monday, November 22, 2021 under the Federal Rules of Civil Procedure and Local Rule 7-9, shall instead be due five (5) days early, on Wednesday, November 17, 2021, and that New York Marine's Reply shall remain due on Monday, November 29, 2021, consistent with the Federal Rules of Civil Procedure and Local Rule 7-10.

Dated:  October 4, 2021                                            CATES PETERSON LLP

By: _____*/s/ Mark D. Peterson*_____
Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Attorneys for Plaintiff Travelers Commercial Insurance Company

| | |
|---|---|
| 1  Dated:  October 4, 2021 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:  */s/ James P. Wagoner*
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

**PROPOSED ORDER**

Good cause existing, it is HEREBY ORDERED THAT:

Hearing on New York Marine and General Insurance Company's Motion to Dismiss Complaint Or, Alternatively, Partial Motion to Dismiss Equitable Contribution Claim And Motion For More Definite Statement is hereby continued to Monday, December 13, 2021 in Courtroom 9D of the above-entitled court located at 350 W. 1st Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that any Opposition shall be filed on or before November 17, 2021, and that the Reply, if any, shall be filed on or before November 29, 2021.

SO ORDERED: October __, 2021

Hon. George H. Wu

7914198.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On October 4, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT OR, ALTERNATIVELY, PARTIAL MOTION TO DISMISS EQUITABLE CONTRIBUTION CLAIM AND MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 4, 2021, at Fresno, California.

*/s/ Heather M. Ward*
Heather Ward