1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
    *jim.wagoner@mccormickbarstow.com*
3  Lejf E. Knutson, #234203
    *lejf.knutson@mccormickbarstow.com*
4  Nicholas H. Rasmussen, #285736
    *nrasmussen@mccormickbarstow.com*
5  Graham A Van Leuven, #295599
    *graham.vanleuven@mccormickbarstow.com*
6  7647 North Fresno Street
   Fresno, California 93720
7  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
8
9  Attorneys for Defendant New York
   Marine and General Insurance Company

10                    UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 | Travelers Commercial Insurance | Case No. CV 21-5832-GW-PDx
14 | Company, a Connecticut Corporation, |
   |                                     | **ORDER CONTINUING HEARING**
15 |              Plaintiff,             | **ON NEW YORK MARINE AND**
   |                                     | **GENERAL INSURANCE**
16 |        v.                           | **COMPANY'S MOTION TO**
   |                                     | **DISMISS COMPLAINT OR,**
17 | New York Marine and General         | **ALTERNATIVELY, PARTIAL**
   | Insurance Company, a New York       | **MOTION TO DISMISS**
18 | Corporation,                        | **EQUITABLE CONTRIBUTION**
   |                                     | **CLAIM AND MOTION FOR MORE**
19 |              Defendant.             | **DEFINITE STATEMENT**

20                                         The Hon. George H. Wu
                                           Courtroom: 9D
21

22          Good cause existing, it is HEREBY ORDERED THAT:

23          Hearing on New York Marine and General Insurance Company's Motion to

24  Dismiss  Complaint  Or,  Alternatively,  Partial  Motion  to  Dismiss  Equitable

25  Contribution Claim And Motion For More Definite Statement is hereby continued to

26  Monday, December 13, 2021 at 8:30 a.m. in Courtroom 9D of the above-entitled court

27  located at 350 W. 1st Street, Los Angeles, California 90012.

28          IT IS FURTHER ORDERED that any Opposition shall be filed on or before

---

1   November 17, 2021, and that the Reply, if any, shall be filed on or before November

2   29, 2021.

3

4   SO ORDERED: October 5, 2021

HON. GEORGE H. WU,

5   U.S. DISTRICT JUDGE

6   7939494.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER CONTINUING HEARING ON NEW YORK MARINE AND GENERAL INSURANCE
COMPANY'S MOTION TO DISMISS