1  MARK D. PETERSON (State Bar #126174)
   KATHLEEN O. PETERSON (State Bar #124791)
2  AMY HOWSE (State Bar # 252922)
   CATES PETERSON LLP
3  4100 Newport Place, Suite 230
   Newport Beach, CA 92660
4  Telephone: (949) 724-1180
   markpeterson@catespeterson.com
5  kpeterson@catespeterson.com
   ahowse@catespeterson.com
6
7  Attorneys for Plaintiff
   TRAVELERS COMMERCIAL
8  INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. M.J. Patricia Donahue<br><br>**PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY'S REQUEST FOR FURTHER ORDER ON DEFENDANT'S MOTION TO DISMISS**<br><br>**Status Conference**<br><br>DATE:    January 20, 2022<br>TIME:    8:30 a.m.<br>Courtroom: 9D |

PLAINTIFF'S REQUEST FOR FURTHER ORDER ON MOTION TO DISMISS

**REQUEST FOR FURTHER ORDER**

In connection with the Court's upcoming status conference, plaintiff Travelers Commercial Insurance Company ("Travelers") requests that the Court consider the following:

On January 6, 2022, the Court granted the motion by defendant New York Marine and General Insurance Company ("ProSight") to dismiss plaintiff Travelers' First Amended Complaint (Dkt. 24). The Court's order did not address the argument in section III(E) of Travelers' opposition to ProSight's motion titled "E. Travelers' Claim for Equitable Contribution is Further Supported by the Allegations Regarding ProSight's Failure to Provide an Adequate Defense to the Insured." That argument is presented at Dkt. 20, pp. 20, line 15, through 23, line 15 (of the memorandum).

The argument presented in Section III(E) of Travelers' opposition should defeat ProSight's motion whether or not ProSight had a duty to provide *Cumis* counsel. The Court's order granting the motion addresses the *Cumis* issue, but not Travelers' alternative argument.

The parties have candidly discussed with the Court the likelihood that this case will be considered by the Ninth Circuit Court of Appeals. Whatever the Court's view of Travelers' argument presented in Section III(E) of its opposition, it would benefit all concerned if this Court issues a further order squarely addressing that argument.

Dated: January 19, 2022

Respectfully submitted,

   /s/ Mark D. Peterson
MARK D. PETERSON
Of CATES PETERSON LLP
Attorneys for Plaintiff
TRAVELERS COMMERCIAL
INSURANCE COMPANY

1