UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | January 20, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner |
| | Nicholas H. Rasmussen |

**PROCEEDINGS:**     **TELEPHONIC CONFERENCE**

The Court hears further arguments as to the motion to dismiss the first amended complaint and continues the status conference to January 27, 2022 at 8:30 a.m. in order to read and consider the recently filed submissions of counsel.

                                                                                                         :    05

Initials of Preparer    JG