UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | January 27, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner |
| | Nicholas H. Rasmussen |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel confer re Plaintiff's Request for Further Order on Defendant's Motion to Dismiss [29]. For reasons stated on the record, the Court continues the status conference to February 17, 2022 at 8:30 a.m. Defendant will have until February 7, 2022 to respond to Plaintiff's Request. Plaintiff's reply is to be filed by noon on February 22, 2022.

: 08

Initials of Preparer   JG