# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Marisela Taylor |
| 2a. Contact Phone Number | 433-2148 |
| 3a. Contact E-mail Address | marisela.taylor@mccormickbarstow.com |
| 1b. Attorney Name (if different) | James P. Wagoner |
| 2b. Attorney Phone Number | 433-2119 |
| 3b. Attorney E-mail Address | jim.wagoner@mccormickbarstow.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
McCormick, Barstow, Sheppard, Wayte & Carruth
7647 N. Fresno Street
Fresno, CA 93720

**5. Name & Role of Party Represented:** Defendant New York Marine and General Insurance Company

**6. Case Name:** Travelers Commercial Ins. Co. v. New York Marine and General Insurance Company

**7a. District Court Case Number:** 2:21-cv-5832

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal  ☐ Criminal ☒ Civil  ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2022 | 31 | George Wu | Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ | HOURLY (2 hrs) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

We would appreciate receiving the transcript as soon as possible.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: February 17, 2022    Signature: *[signed]*

G-120 (06/18)