UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | February 17, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner |
| | Nicholas H. Rasmussen |

**PROCEEDINGS:**   **TELEPHONIC CONFERENCE**

Court hears further argument. Further rulings as to Plaintiff's Request for Further Order on Defendant's Motion to Dismiss [17] are placed on the record.

The Court sets a scheduling conference for March 3, 2022 at 8:30 a.m. The parties are to file a joint scheduling report by noon on March 1, 2022.

:   15

Initials of Preparer   JG