UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

TRAVELERS COMMERCIAL INSURANCE COMPANY,

        Plaintiff,

  vs.                              Case No. CV 21-5832-GW

NEW YORK MARINE and GENERAL INSURANCE COMPANY,

        Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE
THURSDAY, JANUARY 20, 2022
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    CATES PETERSON LLP
    BY:  MARK D. PETERSON
    Attorney at Law
    4100 NewportPlace, Suite 230
    Newport Beach, California  92660

**FOR THE DEFENDANT:**

    MCCORMICK BARSTOW SHEPPARD WAYTE and CARRUTH LLP
    BY:  JAMES P. WAGONER
        NICHOLAS H. RASMUSSEN
    Attorneys at Law
    7647 North Fresno Street
    Fresno, California  93720

1        **LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 20, 2022**

2                             **8:30 A.M.**

3                              --oOo--

4

5            THE COURT:  All right.  Let me call the matter of
6    *Travelers Commercial Insurance versus New York Marine General*
7    *Insurance.*
8            For the plaintiff, we have?
9            MR. PETERSON:  Mark Peterson of Cates Peterson, Your
10   Honor.
11           THE COURT:  All right.  For the defense, we have?
12           MR. WAGONER:  James Wagoner and Nick Rasmussen.
13           THE COURT:  All right.  We are here for a status
14   conference.  I issued a decision.
15              The question the Court has at this point in time
16   is what and how is this case going to go forward at this point.
17              Let me ask counsel, have you discussed the
18   situation?
19           MR. PETERSON:  We have not.  This is Mark Peterson
20   for the plaintiff, Your Honor.
21              Travelers is not requesting leave to amend.  Late
22   yesterday we formalized a request that Your Honor consider the
23   alternative argument in Travelers' opposition at Section 3-E,
24   and we want to make sure that the Court of Appeal when we are
25   up there, doesn't hold us on for a year and then send us back

1  saying you need to consider that argument.
2           THE COURT: Okay. Let me ask, I issued a decision
3  which covered the issue -- primary issue in regards to the
4  obligation to provide *Cumis* counsel.
5           The only thing that would possibly have been left
6  in the case is -- I figured or looked at the case -- would be
7  the issue in regards to the defendant's agreement to pay for
8  one-half of the *Cumis* -- plaintiff's *Cumis* attorney's fees
9  after November 20th of 2020.
10          Was that the issue that you are talking about?
11          MR. WAGONER: Your Honor, this is James Wagoner --
12          THE REPORTER: I didn't hear him.
13          THE COURT: We didn't hear what you just said. Let
14 me ask defense counsel to repeat what you just said.
15          MR. WAGONER: Your Honor, the check for the
16 attorney's fees incurred back to October was sent on Tuesday,
17 FedExed to Mr. Peterson, he received it Wednesday, the amount
18 of check was $621,693.43, and that is detailed in a declaration
19 I filed this morning.
20          THE COURT: Okay. Let me ask you this then, in
21 order to facilitate the plaintiffs filing a notice of appeal on
22 this, do you guys want to prepare some sort of final order for
23 me to sign off on, and therefore, we would have a fixed date
24 and the time would run from my signing off and filing of that
25 order.

1               Do you guys want to do that?
2                       MR. WAGONER:  Your Honor, go ahead, Mark.
3                       MR. PETERSON:  Your Honor, Mark Peterson.
4               We think that the Court needs to address the
5   alternative argument, that being that for the last 14 months
6   they, New York Marine, the complaint pleads has had no
7   participation in the defense whatsoever since your lawyer
8   abandoned.
9               Before that they had an inadequate participation,
10  those are factual issues, and those are pled in the first
11  amended complaint and the Court did not address them.
12              So we think that we needed to bring these to your
13  attention so if the Court either decides to address them or
14  actively decides not to address them, but we don't want to be
15  criticized for not having that done.
16                      THE COURT:  Let me do this, you know, you said you
17  filed it yesterday.
18              When I looked yesterday at the docket, it wasn't
19  filed, so why don't I do this, let me just continue this matter
20  to -- well, are you available on Monday?
21                      MR. WAGONER:  This is James Wagoner, let me look
22  real quick, Your Honor.
23                      MR. PETERSON:  This is Mark Peterson, I am, Your
24  Honor.
25                      THE COURT:  Why don't I put it on for Monday, I will

```
 1  have looked at that item and I will let you know what my
 2  thoughts are at that point, okay?
 3           MR. WAGONER:  Your Honor, I have a mediation
 4  starting at 8:00.
 5           THE COURT:  Do you want Thursday then?
 6           MR. WAGONER:  The 27th?  I have a mediation that day
 7  starting at 10:00.
 8           THE COURT:  Well, let me just ask, we will call you
 9  earlier, we will call you at, like, 9:30 -- I will put it on
10  8:30 on Thursday.  Is that all right?
11           MR. WAGONER:  That is fine with New York Marine,
12  Your Honor.
13           THE COURT:  Let me ask for the plaintiff, is that
14  all right?
15           MR. PETERSON:  It is all right for the plaintiff as
16  well.
17           THE COURT:  So I will put you on for 8:30 on
18  Thursday, and we will talk about the situation.  If there is
19  anything else or if you want me to say something specifically,
20  I will prepare to say what I will say about that on Thursday.
21           MR. PETERSON:  Thank you, Your Honor.
22           THE COURT:  Gentlemen, have a very nice day.
23           MR. WAGONER:  Your Honor, this is James Wagoner,
24  does the Court want me to actually send an order?
25           THE COURT:  No.  At this point in time, I don't need
```

1 anything.  I will have looked and reviewed the issue, and I
2 will, at that point in time, I can let you know whether or not
3 I do want something further filed or if I'm going to issue an
4 order which will cover everything, okay?
5          MR. WAGONER:  Thank you, Your Honor.
6             (The proceedings concluded at 9:08 a.m.)
7                              * * *

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

       I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:  February 17, 2022


                /s/ TERRI A. HOURIGAN
_____
      TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
         Federal Official Court Reporter

### $

**$621,693.43** [1] - 4:18

### /

**/s** [1] - 8:19

### 1

**10:00** [1] - 6:7
**14** [1] - 5:5
**17** [1] - 8:16

### 2

**20** [2] - 1:14, 3:1
**2020** [1] - 4:9
**2022** [3] - 1:14, 3:1, 8:16
**20th** [1] - 4:9
**21-5832-GW** [1] - 1:7
**213** [1] - 1:25
**230** [1] - 2:5
**27th** [1] - 6:6
**28** [1] - 8:9

### 3

**3-E** [1] - 3:23
**350** [1] - 1:24
**3838** [2] - 1:23, 8:20

### 4

**4100** [1] - 2:5
**4311** [1] - 1:24

### 7

**753** [1] - 8:9
**7647** [1] - 2:10

### 8

**894-2849** [1] - 1:25
**8:00** [1] - 6:4
**8:30** [4] - 1:14, 3:2, 6:10, 6:17

### 9

**90012** [1] - 1:24
**92660** [1] - 2:6
**93720** [1] - 2:11
**9:08** [1] - 7:6
**9:30** [1] - 6:9

### A

**A.M** [2] - 1:14, 3:2
**a.m** [1] - 7:6
**abandoned** [1] - 5:8
**above-entitled** [1] - 8:12
**actively** [1] - 5:14
**address** [4] - 5:4, 5:11, 5:13, 5:14
**agreement** [1] - 4:7
**ahead** [1] - 5:2
**alternative** [2] - 3:23, 5:5
**amend** [1] - 3:21
**amended** [1] - 5:11
**amount** [1] - 4:17
**ANGELES** [4] - 1:15, 1:24, 3:1, 8:3
**Appeal** [1] - 3:24
**appeal** [1] - 4:21
**APPEARANCES** [1] - 2:1
**argument** [3] - 3:23, 4:1, 5:5
**attention** [1] - 5:13
**Attorney** [1] - 2:5
**attorney's** [2] - 4:8, 4:16
**Attorneys** [1] - 2:10
**available** [1] - 5:20

### B

**BARSTOW** [1] - 2:8
**Beach** [1] - 2:6
**bring** [1] - 5:12
**BY** [2] - 2:4, 2:9

### C

**CALIFORNIA** [5] - 1:2, 1:15, 1:24, 3:1, 8:4
**California** [3] - 2:6, 2:11, 8:8
**CARRUTH** [1] - 2:8
**Case** [1] - 1:7
**case** [3] - 3:16, 4:6
**CATES** [1] - 2:4
**Cates** [1] - 3:9
**CCRR** [1] - 1:23
**Central** [1] - 8:8
**CENTRAL** [1] - 1:2
**CERTIFICATE** [1] - 8:1
**certify** [1] - 8:8
**check** [2] - 4:15, 4:18
**Code** [1] - 8:9
**Commercial** [1] - 3:6
**COMMERCIAL** [1] - 1:5
**COMPANY** [2] - 1:5, 1:9
**complaint** [2] - 5:6, 5:11
**concluded** [1] - 7:6
**CONFERENCE** [1] - 1:13
**conference** [2] - 3:14, 8:13
**conformance** [1] - 8:13
**consider** [2] - 3:22, 4:1
**continue** [1] - 5:19
**correct** [1] - 8:10
**counsel** [3] - 3:17, 4:4, 4:14
**COUNSEL** [1] - 2:1
**COUNTY** [1] - 8:3
**COURT** [16] - 1:1, 1:23, 3:5, 3:11, 3:13, 4:2, 4:13, 4:20, 5:16, 5:25, 6:5, 6:8, 6:13, 6:17, 6:22, 6:25
**Court** [9] - 3:15, 3:24, 5:4, 5:11, 5:13, 6:24, 8:7, 8:20
**cover** [1] - 7:4
**covered** [1] - 4:3
**criticized** [1] - 5:15
**CRR** [1] - 8:20
**CSR** [2] - 1:23, 8:20
**Cumis** [3] - 4:4, 4:8
**CV** [1] - 1:7

### D

**date** [1] - 4:23
**Date** [1] - 8:16
**decides** [2] - 5:13, 5:14
**decision** [2] - 3:14, 4:2
**declaration** [1] - 4:18
**DEFENDANT** [1] - 2:7
**defendant's** [1] - 4:7
**Defendants** [1] - 1:10
**defense** [3] - 3:11, 4:14, 5:7
**detailed** [1] - 4:18
**discussed** [1] - 3:17
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [2] - 8:7, 8:8
**DIVISION** [1] - 1:2
**docket** [1] - 5:18
**done** [1] - 5:15

### E

**either** [1] - 5:13
**entitled** [1] - 8:12

### F

**facilitate** [1] - 4:21
**factual** [1] - 5:10
**February** [1] - 8:16
**FEDERAL** [1] - 1:23
**Federal** [2] - 8:6, 8:20
**FedExed** [1] - 4:17
**fees** [2] - 4:8, 4:16
**figured** [1] - 4:6
**filed** [4] - 4:19, 5:17, 5:19, 7:3
**filing** [2] - 4:21, 4:24
**final** [1] - 4:22
**fine** [1] - 6:11
**FIRST** [1] - 1:24
**first** [1] - 5:10
**fixed** [1] - 4:23
**FOR** [2] - 2:3, 2:7
**foregoing** [1] - 8:10
**formalized** [1] - 3:22
**format** [1] - 8:12
**forward** [1] - 3:16
**Fresno** [2] - 2:10, 2:11

### G

**GENERAL** [1] - 1:8
**General** [1] - 3:6
**gentlemen** [1] - 6:22
**GEORGE** [1] - 1:3
**guys** [2] - 4:22, 5:1

### H

**half** [1] - 4:8
**hear** [2] - 4:12, 4:13
**held** [1] - 8:11
**hereby** [1] - 8:8
**hold** [1] - 3:25
**Honor** [14] - 3:10, 3:20, 3:22, 4:11, 4:15, 5:2, 5:3, 5:22, 5:24, 6:3, 6:12, 6:21, 6:23, 7:5
**HONORABLE** [1] - 1:3
**HOURIGAN** [4] - 1:23, 8:6, 8:19, 8:20

### I

**inadequate** [1] - 5:9
**incurred** [1] - 4:16
**INSURANCE** [2] - 1:5, 1:9
**Insurance** [2] - 3:6, 3:7
**issue** [6] - 4:3, 4:7, 4:10, 7:1, 7:3
**issued** [2] - 3:14, 4:2
**issues** [1] - 5:10
**item** [1] - 6:1

### J

**JAMES** [1] - 2:9
**James** [4] - 3:12, 4:11, 5:21, 6:23
**JANUARY** [2] - 1:14, 3:1
**JUDGE** [1] - 1:3
**judicial** [1] - 8:13

### L

**last** [1] - 5:5
**late** [1] - 3:21
**Law** [2] - 2:5, 2:10
**lawyer** [1] - 5:7
**leave** [1] - 3:21
**left** [1] - 4:5
**LLP** [2] - 2:4, 2:8
**look** [1] - 5:21
**looked** [4] - 4:6, 5:18, 6:1, 7:1
**LOS** [4] - 1:15, 1:24, 3:1, 8:3

### M

**Marine** [3] - 3:6, 5:6, 6:11
**MARINE** [1] - 1:8
**MARK** [1] - 2:4
**Mark** [5] - 3:9, 3:19, 5:2, 5:3, 5:23
**matter** [3] - 3:5, 5:19, 8:12
**MCCORMICK** [1] - 2:8
**mediation** [2] - 6:3, 6:6
**Monday** [2] - 5:20, 5:25
**months** [1] - 5:5
**morning** [1] - 4:19
**MR** [16] - 3:9, 3:12, 3:19, 4:11, 4:15, 5:2, 5:3, 5:21, 5:23, 6:3,

6:6, 6:11, 6:15, 6:21, 6:23, 7:5

### N

need [2] - 4:1, 6:25
needed [1] - 5:12
needs [1] - 5:4
New [3] - 3:6, 5:6, 6:11
NEW [1] - 1:8
Newport [1] - 2:6
NewportPlace [1] - 2:5
nice [1] - 6:22
NICHOLAS [1] - 2:9
Nick [1] - 3:12
NO [2] - 1:23, 8:20
North [1] - 2:10
notice [1] - 4:21
November [1] - 4:9

### O

obligation [1] - 4:4
October [1] - 4:16
OF [6] - 1:2, 1:13, 2:1, 8:1, 8:3, 8:4
Official [2] - 8:6, 8:20
OFFICIAL [2] - 1:23, 8:1
one [1] - 4:8
one-half [1] - 4:8
oOo [1] - 3:3
opposition [1] - 3:23
order [5] - 4:21, 4:22, 4:25, 6:24, 7:4

### P

page [1] - 8:12
participation [2] - 5:7, 5:9
pay [1] - 4:7
PETERSON [8] - 2:4, 2:4, 3:9, 3:19, 5:3, 5:23, 6:15, 6:21
Peterson [6] - 3:9, 3:19, 4:17, 5:3, 5:23
Plaintiff [1] - 1:6
plaintiff [4] - 3:8, 3:20, 6:13, 6:15
PLAINTIFF [1] - 2:3
plaintiff's [1] - 4:8
plaintiffs [1] - 4:21
pleads [1] - 5:6
pled [1] - 5:10
point [5] - 3:15, 3:16, 6:2, 6:25, 7:2
possibly [1] - 4:5

prepare [2] - 4:22, 6:20
primary [1] - 4:3
proceedings [2] - 7:6, 8:11
provide [1] - 4:4
pursuant [1] - 8:9
put [3] - 5:25, 6:9, 6:17

### Q

quick [1] - 5:22

### R

RASMUSSEN [1] - 2:9
Rasmussen [1] - 3:12
real [1] - 5:22
Realtime [1] - 8:6
received [1] - 4:17
regards [2] - 4:3, 4:7
regulations [1] - 8:13
repeat [1] - 4:14
reported [1] - 8:11
REPORTER [3] - 1:23, 4:12, 8:1
Reporter [2] - 8:7, 8:20
REPORTER'S [1] - 1:13
request [1] - 3:22
requesting [1] - 3:21
reviewed [1] - 7:1
ROOM [1] - 1:24
RPR [1] - 8:20
run [1] - 4:24

### S

Section [2] - 3:23, 8:9
send [2] - 3:25, 6:24
sent [1] - 4:16
SHEPPARD [1] - 2:8
sign [1] - 4:23
signing [1] - 4:24
situation [2] - 3:18, 6:18
sort [1] - 4:22
specifically [1] - 6:19
starting [2] - 6:4, 6:7
STATE [1] - 8:4
STATES [1] - 1:1
States [3] - 8:7, 8:9, 8:14

status [1] - 3:13
STATUS [1] - 1:13
stenographically [1] - 8:11
Street [1] - 2:10
STREET [1] - 1:24
Suite [1] - 2:5

### T

TERRI [4] - 1:23, 8:6, 8:19, 8:20
THE [17] - 2:3, 2:7, 3:5, 3:11, 3:13, 4:2, 4:12, 4:13, 4:20, 5:16, 5:25, 6:5, 6:8, 6:13, 6:17, 6:22, 6:25
therefore [1] - 4:23
thoughts [1] - 6:2
THURSDAY [2] - 1:14, 3:1
Thursday [4] - 6:5, 6:10, 6:18, 6:20
Title [1] - 8:9
TRANSCRIPT [1] - 1:13
transcript [2] - 8:10, 8:12
Travelers [1] - 3:6
TRAVELERS [1] - 1:5
travelers [1] - 3:21
Travelers' [1] - 3:23
true [1] - 8:10
Tuesday [1] - 4:16

### U

U.S [1] - 1:3
United [3] - 8:7, 8:9, 8:14
UNITED [1] - 1:1
up [1] - 3:25

### V

versus [1] - 3:6
vs [1] - 1:7

### W

WAGONER [11] - 2:9, 3:12, 4:11, 4:15, 5:2, 5:21, 6:3, 6:6, 6:11, 6:23, 7:5
Wagoner [4] - 3:12, 4:11, 5:21, 6:23
WAYTE [1] - 2:8
Wednesday [1] - 4:17

WEST [1] - 1:24
WESTERN [1] - 1:2
whatsoever [1] - 5:7
WU [1] - 1:3

### Y

year [1] - 3:25
yesterday [3] - 3:22, 5:17, 5:18
YORK [1] - 1:8
York [3] - 3:6, 5:6, 6:11