

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

TRAVELERS COMMERCIAL INSURANCE
COMPANY,

                    Plaintiff,

     vs.                                  Case No. CV 21-5832-GW

NEW YORK MARINE and GENERAL
INSURANCE COMPANY,

                    Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE
THURSDAY, JANUARY 27, 2022
8:30 A.M.
LOS ANGELES, CALIFORNIA

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        CATES PETERSON LLP
         BY:  MARK D. PETERSON
5        Attorney at Law
         4100 NewportPlace, Suite 230
6        Newport Beach, California  92660

7

     **FOR THE DEFENDANT:**
8
         MCCORMICK BARSTOW SHEPPARD WAYTE and CARRUTH LLP
9        BY:  JAMES P. WAGONER
             NICHOLAS H. RASMUSSEN
10       Attorneys at Law
         7647 North Fresno Street
11       Fresno, California  93720

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 27, 2022

 2                               8:30 A.M.

 3                               --oOo--

 4

 5

 6          THE COURT:  Let me call the matter of Travelers

 7   Commercial Insurance versus New York Marine.

 8              For the plaintiff, we have?

 9          MR. PETERSON:  Good morning, Your Honor.  Mark

10   Peterson for the plaintiff.

11          THE COURT:  For the defense, we have?

12          MR. WAGONER:  Good morning, Your Honor.  James

13   Wagoner and Nicholas Rasmussen for defendant, Your Honor.

14          THE COURT:  All right.  We are here -- the plaintiff

15   has made, I guess, an ex parte request for further order on the

16   defendant's motion to dismiss.

17              The defendant has responded that it's an improper

18   attempt to ask for a reconsideration.

19              I don't know whether or not I would call it an

20   improper request for reconsideration, but looking at the

21   materials, I kind of agree with the plaintiff in the sense that

22   there is an issue that the plaintiff kind of raised that the

23   Court really doesn't fully deal with.  And there is the

24   contention that the defendant breached its duty to defend by

25   having its appointed counsel do next to nothing and piggyback
```

off the work that was provided by the plaintiff's *Cumis* counsel

in the matter in the Virginia Court.

And the way it's argued, it's kind of -- I

understand the argument.  On the one hand, you know, obviously,

the plaintiff would not have standing to argue ineffective

assistance of counsel or something of that sort, but as I

understand what the plaintiff is trying to do is trying to

argue that there was an affirmative position taken by the

defense or by the defendant not to provide its obligated

defense of the mutually insured, and instead, to just simply

and improperly rely on the plaintiff's appointed *Cumis* counsel.

So that is something that I don't really address

in the tentative on the ruling on the motion to dismiss.  So I

would want a further -- I guess -- I understand, I think, the

plaintiff's position, well, I would want a further response

from the defense on that point.

MR. WAGONER:  Your Honor, the reason why -- I think

it's a mischaracterization.

What happened is the insureds *Cumis* counsel would

not allow the appointed counsel of New York Marine to

participate.

THE COURT:  Well, let me stop you.  The problem I

have, though, is this is a motion to dismiss, and none of that

stuff is contained in any of the pleadings, whereas the

plaintiff -- if one is very charitable in viewing its first

1   amended complaint, specifically Paragraphs 18 and 31-C, says

2   something.  And so what I want from the defense is something in

3   writing in response to that.

4           It may very well be that I would be dismissing

5   out the other causes of action or -- yeah, the cause of action

6   that I have discussed so far, and maybe that one would still be

7   left, but frankly, I think in the end it might very well be

8   that if what you are saying is correct, there was either a

9   refusal on the plaintiff's *Cumis* counsel to allow participation

10  by the defendant's chosen counsel or if the defendant's chosen

11  counsel did adequate legal representation, or even if it was

12  inadequate, it wasn't inadequate because there was an improper

13  reliance on *Cumis* counsel's activities, then it is what it will

14  be.

15          The problem is at this point in time I think it's

16  something that still remains in the case that I have not

17  specifically addressed on my ruling on the motion to dismiss

18  that I will have to rule on one way or the other.

19          So, what I want is this:  I want the defense to

20  respond to the plaintiff's contention, and I want that response

21  in ten days, so I will give you until -- I will give you until

22  February the 7th to file a further response, and serve on the

23  plaintiff.

24          I will give the plaintiff until noon on the 11th

25  to reply, and I will put the matter back on calendar for the

1   17th of February, all right?

2           MR. WAGONER:  This is James Wagoner on behalf of New

3   York Marine.

4           Does the Court -- we filed that opposition to the

5   *ex parte*, as you called it.

6           THE COURT:  Yeah, but most of that response is just

7   simply making the argument that it was an improper motion for

8   reconsideration.  You really didn't do that much in terms of

9   the substantive contentions of the plaintiff.

10          MR. WAGONER:  Well, it wasn't lengthy, but what we

11  did contend is that New York -- or Travelers had no standing.

12          THE COURT:  Well, if that is going to be your

13  position, I want more as to why that would be.

14          Again, I agree with you, that if in fact the

15  plaintiff is only arguing that because the defense that was

16  provided by the defendant's Virginia counsel was inadequate, I

17  would agree, the plaintiff has no standing to make that type of

18  argument.

19          But what they have argued is something more than

20  that.  What they have argued is that there was an intentional

21  instruction to the effect by the defendant on its appointed

22  Virginia counsel not to do much work, but only piggyback off

23  the work of the plaintiff's *Cumis* counsel.

24          So that is something upon which the plaintiff

25  would be allowed to argue, because I don't think there is a

```
 1    lack of standing as to that contention, it would seem on me.
 2              Although, I might be wrong, maybe there is
 3    something that even in that situation there wouldn't be
 4    standing, but be that as it may be, I'm giving the defense an
 5    opportunity to respond further.  You know, the defense can
 6    respond whatever it wants to, and then I allow the plaintiff to
 7    reply, then I will take a look at it.
 8              MR. WAGONER:  Very good.  Thank you for your time,
 9    Your Honor.
10              THE COURT:  Anything else from either side?
11              MR. PETERSON:  No.  Thank you, Your Honor.
12              THE COURT:  Gentlemen, have a nice day.
13               (The proceedings concluded at 8:56 a.m.)
14                              * * *
15
16
17
18
19
20
21
22
23
24
25
```

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6          I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  January 27, 2022

17

18

19                     /s/ TERRI A. HOURIGAN

20          _____
            TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                Federal Official Court Reporter

22

23

24

25

**UNITED STATES DISTRICT COURT**

**/**

/s [1] - 8:19

**1**

11th [1] - 5:24
17th [1] - 6:1
18 [1] - 5:1

**2**

2022 [1] - 8:16
2022day/date/year [1] - 1:13
213 [3] - 1:24, 2:6, 2:11
27 [1] - 8:16
27th [1] - 1:13
28 [1] - 8:9

**3**

31-C [1] - 5:1
350 [1] - 1:23
3838 [2] - 1:22, 8:20

**4**

4311 [1] - 1:23

**7**

753 [1] - 8:9
7th [1] - 5:22

**8**

894-2305 [1] - 2:6
894-2849 [1] - 1:24
8:56 [1] - 7:13

**9**

90012 [1] - 1:23

**A**

a.m [1] - 7:13
above-entitled [1] - 8:12
action [2] - 5:5
activities [1] - 5:13
ADDRESS [3] - 2:5, 2:10, 2:15
address [1] - 4:12
addressed [1] - 5:17
adequate [1] - 5:11
agree [3] - 3:21, 6:14, 6:17

allow [3] - 4:20, 5:9, 7:6
allowed [1] - 6:25
amended [1] - 4:25
ANGELES [4] - 1:14, 1:23, 3:1, 8:3
APPEARANCES [1] - 2:1
appointed [4] - 3:25, 4:11, 4:20, 6:21
argue [3] - 4:5, 4:8, 6:25
argued [4] - 4:3, 6:19, 6:20
arguing [1] - 6:15
argument [3] - 4:4, 6:7, 6:18
assistance [1] - 4:6
attempt [1] - 3:18
Attorney [3] - 2:5, 2:10, 2:15
ATTY [12] - 2:4, 2:5, 2:6, 2:9, 2:10, 2:11, 2:14, 2:15, 2:16

**B**

behalf [1] - 6:2
breached [1] - 3:24
BY [3] - 2:4, 2:9, 2:14

**C**

calendar [1] - 5:25
CALIFORNIA [5] - 1:2, 1:14, 1:23, 3:1, 8:4
California [4] - 2:6, 2:11, 2:16, 8:8
case [1] - 5:16
Case [1] - 1:7
causes [1] - 5:5
CCRR [1] - 1:22
Central [1] - 8:8
CENTRAL [1] - 1:2
CERTIFICATE [1] - 8:1
certify [1] - 8:8
charitable [1] - 4:25
chosen [2] - 5:10
CITY [3] - 2:6, 2:11, 2:16
Code [1] - 8:9
Commercial [1] - 3:7
complaint [1] - 4:25
concluded [1] - 7:13
conference [1] - 8:13
conformance [1] - 8:13
contained [1] - 4:24

contend [1] - 6:11
contention [3] - 3:23, 5:20, 7:1
contentions [1] - 6:9
correct [2] - 5:8, 8:10
counsel [12] - 3:25, 4:1, 4:6, 4:11, 4:19, 4:20, 5:9, 5:10, 5:11, 6:16, 6:22, 6:23
COUNSEL [1] - 2:1
counsel's [1] - 5:13
COUNTY [1] - 8:3
COURT [10] - 1:1, 1:22, 3:6, 3:11, 3:14, 4:22, 6:6, 6:12, 7:10, 7:12
Court [6] - 3:23, 4:2, 6:4, 8:7, 8:20
CRR [1] - 8:20
CSR [2] - 1:22, 8:20
Cumis [1] - 4:1, 4:11, 4:19, 5:9, 5:13, 6:23

**D**

Date [1] - 8:16
day/date/year [1] - 3:1
days [1] - 5:21
deal [1] - 3:23
defend [1] - 3:24
DEFENDANT [2] - 2:8, 2:13
defendant [6] - 3:13, 3:17, 3:24, 4:9, 5:19, 6:21
defendant's [4] - 3:16, 5:10, 6:16
Defendants [1] - 1:9
defense [8] - 3:11, 4:9, 4:10, 4:16, 5:2, 6:15, 7:4, 7:5
DEFT [9] - 1:8, 2:9, 2:10, 2:11, 2:14, 2:15, 2:16
discussed [1] - 5:6
dismiss [3] - 3:16, 4:13, 4:23, 5:17
dismissing [1] - 5:4
DISTRICT [3] - 1:1, 1:2, 1:3
District [2] - 8:7, 8:8
DIVISION [1] - 1:2
duty [1] - 3:24

**E**

effect [1] - 6:21
either [2] - 5:8, 7:10
end [1] - 5:7

entitled [1] - 8:12
ex [2] - 3:15, 6:5

**F**

fact [1] - 6:14
far [1] - 5:6
February [2] - 5:22, 6:1
FEDERAL [1] - 1:22
Federal [2] - 8:6, 8:20
file [1] - 5:22
filed [1] - 6:4
FIRM [3] - 2:4, 2:9, 2:14
first [1] - 4:25
FIRST [1] - 1:23
FOR [3] - 2:3, 2:8, 2:13
foregoing [1] - 8:10
format [1] - 8:12
frankly [1] - 5:7
fully [1] - 3:23

**G**

gentlemen [1] - 7:12
GEORGE [1] - 1:3
guess [2] - 3:15, 4:14

**H**

hand [1] - 4:4
held [1] - 8:11
hereby [1] - 8:8
Honor [6] - 3:9, 3:12, 3:13, 4:17, 7:9, 7:11
HONORABLE [1] - 1:3
HOURIGAN [4] - 1:22, 8:6, 8:19, 8:20

**I**

improper [4] - 3:17, 3:20, 5:12, 6:7
improperly [1] - 4:11
inadequate [3] - 5:12, 6:16
ineffective [1] - 4:6
instead [1] - 4:10
instruction [1] - 6:21
Insurance [1] - 3:7
insured [1] - 4:10
insureds [1] - 4:19
intentional [1] - 6:20
issue [1] - 3:22

**J**

James [2] - 3:12, 6:2
January [2] - 1:13, 8:16
JUDGE [1] - 1:3
judicial [1] - 8:13

**K**

kind [3] - 3:21, 3:22, 4:3

**L**

lack [1] - 7:1
Law [3] - 2:5, 2:10, 2:15
left [1] - 5:7
legal [1] - 5:11
lengthy [1] - 6:10
look [1] - 7:7
looking [1] - 3:20
LOS [4] - 1:14, 1:23, 3:1, 8:3

**M**

Marine [3] - 3:7, 4:20, 6:3
mark [1] - 3:9
materials [1] - 3:21
matter [4] - 3:6, 4:2, 5:25, 8:12
might [2] - 5:7, 7:2
mischaracterization [1] - 4:18
morning [2] - 3:9, 3:12
most [1] - 6:6
motion [5] - 3:16, 4:13, 4:23, 5:17, 6:7
MR [7] - 3:9, 3:12, 4:17, 6:2, 6:10, 7:8, 7:11
mutually [1] - 4:10

**N**

New [4] - 3:7, 4:20, 6:2, 6:11
next [1] - 3:25
nice [1] - 7:12
Nicholas [1] - 3:13
NO [2] - 1:22, 8:20
none [1] - 4:23
noon [1] - 5:24
nothing [1] - 3:25

## O

**obligated** [1] - 4:9
**obviously** [1] - 4:5
**OF** [6] - 1:2, 1:12, 2:1, 8:1, 8:3, 8:4
**Official** [2] - 8:6, 8:20
**OFFICIAL** [2] - 1:22, 8:1
**one** [4] - 4:4, 4:25, 5:6, 5:18
**oOo** [1] - 3:3
**opportunity** [1] - 7:5
**opposition** [1] - 6:4
**order** [1] - 3:15

## P

**page** [1] - 8:12
**Paragraphs** [1] - 5:1
**parte** [2] - 3:15, 6:5
**participate** [1] - 4:21
**participation** [1] - 5:9
**PETERSON** [2] - 3:9, 7:11
**Peterson** [1] - 3:10
**piggyback** [2] - 3:25, 6:22
**PLAINTIFF** [2] - 1:5, 2:3
**plaintiff** [15] - 3:8, 3:10, 3:14, 3:21, 3:22, 4:5, 4:7, 4:24, 5:23, 5:24, 6:9, 6:15, 6:17, 6:24, 7:6
**Plaintiff** [1] - 1:6
**plaintiff's** [5] - 4:11, 4:15, 5:9, 5:20, 6:23
**plaintiffs** [1] - 4:1
**pleadings** [1] - 4:24
**PLF** [6] - 2:4, 2:4, 2:5, 2:6
**point** [2] - 4:16, 5:15
**position** [3] - 4:8, 4:15, 6:13
**problem** [2] - 4:22, 5:15
**proceeding** [1] - 1:12
**proceedings** [2] - 7:13, 8:11
**provide** [1] - 4:9
**provided** [2] - 4:1, 6:16
**pursuant** [1] - 8:9
**put** [1] - 5:25

## R

**raised** [1] - 3:22
**Rasmussen** [1] - 3:13
**really** [3] - 3:23, 4:12, 6:8
**Realtime** [1] - 8:6
**reason** [1] - 4:17
**reconsideration** [3] - 3:18, 3:20, 6:8
**refusal** [1] - 5:9
**regulations** [1] - 8:13
**reliance** [1] - 5:13
**rely** [1] - 4:11
**remains** [1] - 5:16
**reply** [2] - 5:25, 7:7
**reported** [1] - 8:11
**Reporter** [2] - 8:7, 8:20
**REPORTER** [2] - 1:22, 8:1
**REPORTER'S** [1] - 1:12
**representation** [1] - 5:11
**request** [2] - 3:15, 3:20
**respond** [3] - 5:20, 7:5, 7:6
**responded** [1] - 3:17
**response** [5] - 4:15, 5:3, 5:20, 5:22, 6:6
**ROOM** [1] - 1:23
**RPR** [1] - 8:20
**rule** [1] - 5:18
**ruling** [2] - 4:13, 5:17

## S

**Section** [1] - 8:9
**seem** [1] - 7:1
**sense** [1] - 3:21
**serve** [1] - 5:22
**side** [1] - 7:10
**simply** [2] - 4:10, 6:7
**situation** [1] - 7:3
**sort** [1] - 4:6
**specifically** [2] - 5:1, 5:17
**standing** [5] - 4:5, 6:11, 6:17, 7:1, 7:4
**STATE** [1] - 8:4
**STATES** [1] - 1:1
**States** [3] - 8:7, 8:9, 8:14
**stenographically** [1] - 8:11
**still** [2] - 5:6, 5:16

**stop** [1] - 4:22
**STREET** [1] - 1:23
**stuff** [1] - 4:23
**substantive** [1] - 6:9
**SUITE** [3] - 2:5, 2:10, 2:15

## T

**ten** [1] - 5:21
**tentative** [1] - 4:13
**terms** [1] - 6:8
**TERRI** [4] - 1:22, 8:6, 8:19, 8:20
**THE** [11] - 2:3, 2:8, 2:13, 3:6, 3:11, 3:14, 4:22, 6:6, 6:12, 7:10, 7:12
**TIME** [2] - 1:13, 3:2
**Title** [1] - 8:9
**TRANSCRIPT** [1] - 1:12
**transcript** [2] - 8:10, 8:12
**Travelers** [2] - 3:6, 6:11
**true** [1] - 8:10
**trying** [2] - 4:7, 4:8
**Type** [1] - 1:12
**type** [1] - 6:17

## U

**U.S** [1] - 1:3
**United** [3] - 8:7, 8:9, 8:14
**UNITED** [1] - 1:1

## V

**versus** [1] - 3:7
**view** [1] - 4:25
**Virginia** [3] - 4:2, 6:16, 6:22
**vs** [1] - 1:7

## W

**WAGONER** [5] - 3:12, 4:17, 6:2, 6:10, 7:8
**Wagoner** [2] - 3:13, 6:2
**wants** [1] - 7:6
**WEST** [1] - 1:23
**WESTERN** [1] - 1:2
**whereas** [1] - 4:24
**writing** [1] - 5:2
**WU** [1] - 1:3

## X

**XXX** [3] - 2:11, 2:16
**XXX-XXXX** [2] - 2:11, 2:16
**XXXX** [2] - 2:11, 2:16

## Y

**York** [4] - 3:7, 4:20, 6:3, 6:11

## Z

**ZIP** [3] - 2:6, 2:11, 2:16

**UNITED STATES DISTRICT COURT**