UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | March 3, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner |
| | Nicholas H. Rasmussen |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. The Court sets the following:

| | |
|---|---|
| Discovery Cutoff | October 4, 2022 |
| Mediation Cutoff | October 11, 2022 |
| Post-Mediation Status Conference | October 13, 2022 at 8:30 a.m. |
| Expert Discovery Cutoff | November 4, 2022 |
| Motion Hearing Cutoff | December 1, 2022 |
| Pretrial Conference | December 22, 2022 at 8:30 a.m. |
| Court Trial | January 3, 2023 at 9:00 a.m. |

The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to March 11, 2022. Thereafter, any further amendments must be made by motion under Rule 16.

The parties are referred to ADR Procedure No. 3: Private Mediation.

cc: ADR Program

| | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |