# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–05832–GW–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __3/25/2022__

Document Number(s):   __56__

Title of Document(s):   __Answer and Counterclaim__

**ERROR(S) WITH DOCUMENT:**

caption of attached document does not and should include the additional counterclaim party caption

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __March 28, 2022__     By:  __/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov__
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**