1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant.<br>_____<br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>Counter-Claimant,<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Counter-Defendant. | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. MJ Patricia Donahue<br><br>[PROPOSED]<br>ORDER GRANTING *EX PARTE* APPLICATION, VACATING CURRENT DEADLINES AND TEMPORARILY STAYING CASE PENDING CONCLUSION OF UNDERLYING ACTION<br><br>**Complaint Filed:** July 20, 2021<br>**Trial:** January 3, 2023 |

ORDER ON *EX PARTE* APPLICATION FOR TEMPORARY STAY

For good cause shown, the Court grants the *ex parte application* for a stay of this action pending conclusion of the underlying action:

IT IS HEREBY ORDERED THAT:

1. The current dates set in this case, including the January 3, 2023, trial date, are vacated;

2. This case, including discovery response deadlines, is stayed until further order;

3. On July 28, 2022, at 8:30 a.m., the Court will hold a status and trial-setting conference;

4. One week prior to the status and trial-setting conference, the parties will submit a proposed order with a new set of proposed deadlines and dates for this case, for the Court to consider.

IT IS SO ORDERED.

Dated:

---

Hon. George H. Wu
United States District Court Judge