1  McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2  James P. Wagoner, #58553
   *jim.wagoner@mccormickbarstow.com*
3  Lejf E. Knutson, #234203
   *lejf.knutson@mccormickbarstow.com*
4  Nicholas H. Rasmussen, #285736
   *nrasmussen@mccormickbarstow.com*
5  Graham A Van Leuven, #295599
   *graham.vanleuven@mccormickbarstow.com*
6  7647 North Fresno Street
   Fresno, California 93720
7  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
8
   Attorneys for Defendant New York
9  Marine and General Insurance Company

10              UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  Travelers Commercial Insurance          Case No. 2:21-cv-5832-GW (PDx)
    Company, a Connecticut Corporation,
14                                           **DECLARATION OF JAMES P.
                 Plaintiff,                  WAGONER IN SUPPORT OF NY
15                                           MARINE'S OPPOSITION TO
          v.                                 TRAVELERS' EX PARTE
16                                           APPLICATION FOR STAY, OR
    New York Marine and General              ALTERNATIVELY, EXTENDING
17  Insurance Company, a New York            ALL CURRENT DEADLINES
    Corporation,
18
                 Defendant.
19  ─────────────────────────────────
    New York Marine and General             Filed concurrently with NY Marine's
20  Insurance Company, a Delaware            Opposition to Travelers' Ex Parte
    corporation                             Application for Stay
21
                 Counter-Claimant            Complaint Filed: July 20, 2021
22                                           Trial: January 3, 2023
          v.                                 .
23                                           Hon. George H. Wu
    Travelers Commercial Insurance
24  Company, a Connecticut corporation,

25  Counter-Defendant

26

27        I, James P. Wagoner, do hereby declare as follows:

28        1.     I am an attorney licensed to practice in the State of California, and am

─────────────────────────────────────────────
                              1

1    admitted to practice in the United States District Court for the Central District of

2    California. I am a member of the firm of McCormick, Barstow, Sheppard, Wayte &

3    Carruth, LLP, and in that capacity, represent Defendant and Counter-Claimant New

4    York Marine and General Insurance Company ("New York Marine") in this action.

5        2.    The facts herein are known to me and within my personal knowledge and

6    if called upon to testify thereto, I could and would testify hereto.

7        3.    This declaration is submitted in support of New York Marine's

8    Opposition to the Ex Parte Application For and Order Vacating Deadlines And

9    Staying Case, Or Alternatively, Extending All Current Deadlines.

10       4.    On March 1, 2022, the parties submitted a Joint Rule 16(b)/26(f) Report"

11   (Docket #54) which had been prepared jointly by them through an exchange of drafts.

12   The Joint Report proposed a somewhat longer schedule than that ultimately ordered

13   by the Court, anticipating a trial in approximately June, 2023. Nevertheless, at no time

14   during the preparation of the report did Travelers' counsel indicate that trial of the

15   underlying action was scheduled and anticipated to commence on April 7, 2022 and

16   continue through May 2022, or that Travelers would have difficulty or indeed be

17   unable to fulfilled its obligations to respond to discovery in the present litigation,

18   which it initiated, during the pendency of trial.

19       5.    On March 3, 2022, the parties telephonically appeared for the conference

20   for the Scheduling Conference. At that hearing, the Court ordered a somewhat more

21   rapid schedule than the parties had proposed, with trial of this matter commencing on

22   January 3, 2023. Notwithstanding, Travelers again did not alert the court to the

23   impending trial of the underlying action, raise any concern that trial of the underlying

24   action would prove an obstacle to its ability to comply with discovery requests in a

25   timely fashion, or argue that the Court should consider this external factor in setting

26   the schedule for the present litigation.

27       6.    On March 19, 2022, NY Marine propounded requests for admission,

28   requests for production and special interrogatories to Travelers. Based on the date of

2

1    service, Travelers responses were due on April 18, 2022.

2         7.     On March 24, 2022, counsel for Travelers emailed the counsel

3    representing NY Marine in this litigation, including the undersigned, requesting a call

4    on March 25, 2022, and stating for the first time in relevant part that "I will explain

5    when we speak, but the Travelers folks have serious concerns that discovery in the

6    insurance case may interfere with the trial in the underlying action, which is expected

7    to be tried April 11 to about May 27th.  Thus, I want to explore some alternatives." A

8    true and correct copy of Mr. Peterson's March 24, 2022 email is attached hereto as

9    Exhibit 1.

10        8.     On March 25, 2022, both myself and my partner, Mr. Rasmussen, spoke

11   with Mr. Peterson. In substance, Mr. Peterson conveyed that trial of the underlying

12   action was to commence on April 11, 2022 and continue through May 27. Mr.

13   Peterson stated that Travelers' claims representative, Ms. Johnson, would be

14   attending the trial in Virginia to monitor the trial's progress and that Travelers was

15   concerned about the pending discovery. In particular, Mr. Peterson conveyed that Ms.

16   Johnson received substantial volumes of invoices, emails and other materials in

17   connection with the underlying action which it had yet to fully categorize or integrate

18   into its claim file. It was my understanding from that call that the backlog of

19   incompletely cataloged materials encompasses potentially months' worth of

20   documents and communications. During the call, Mr. Peterson stated that Travelers

21   desired an extension of the existing deadlines or a stay of the litigation, and asked

22   whether NY Marine would stipulate to such a continuation or stay.

23        9.     After consideration, New York Marine declined to stipulate to any stay

24   or continuation of these matters. It is NY Marine's view that *Travelers* has brought

25   and aggressively sought to continue the prosecution of this litigation on the basis of

26   specious and untrue claims; NY Marine desires to prove the falsity of Travelers'

27   claims and allegations, and believes that Travelers' present posture is inconsistent

28   with its claims and with NY Marine's right to a prompt and speedy resolution of this

3

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF NY MARINE'S OPPOSITION TO TRAVELERS'
EX PARTE APPLICATION FOR STAY, OR ALTERNATIVELY, EXTENDING ALL CURRENT DEADLINES

1  matter. Furthermore, Travelers is seeking to recover pre-judgment interest on its

2  claims, and accordingly, should not now be heard to complain that it cannot

3  conveniently accommodate the litigation which *it initiated* while simultaneously

4  seeking interest for its delay.

5       10.    On April 7, 2022, counsel for Travelers requested a thirty (30) day

6  extension of time to respond to NY Marine's discovery. By email on April 9, 2022,

7  on behalf of NY Marine I extended a fourteen (14) day extension of time, such that

8  Travelers responses are now due on May 2, 2022. A true and correct copy of the email

9  chain containing Mr. Peterson's April 7, 2022 request and my April 9, 2022 response

10  on behalf of NY Marine is attached hereto as Exhibit 2.

11      11.    As reflected in regulatory and other public disclosures, Travelers is a

12  multi-billion dollar corporation which employs tens of thousands of people. In this

13  respect, true and correct copies of Travelers' "About Us" webpage, as well as excerpts

14  of its 2021 Shareholder Report, reflecting Travelers' statements in this regard are

15  attached as Exhibits to NY Marine's Request for Judicial Notice filed herewith.

16      12.    On April 12, 2022, in response to an email inquiry from NY Marine's

17  claim professional, Mr. Steven Battaglia, Ms. Johnson responded stating that

18  "[defense counsel] and I have communicated almost every day about this case", and

19  that consequently, she has "hundreds of emails from defense counsel" which have

20  apparently not been cataloged or included in Travelers' claim file. A true and correct

21  copy of that email which was forwarded by Mr. Battaglia to me, and which as been

22  redacted to protect privileged information for purposes of this filing, is attached hereto

23  as Exhibit 3.

24      13.    On April 15, 2022, Mr. Peterson forwarded a copy of the protective order

25  in the underlying action requesting that signed copies be returned. On April 19, 2022,

26  copies executed by the undersigned, my partner, Mr. Rasmussen, and NY Marine's

27  claim professional, Mr. Steven Battaglia, were returned to Mr. Peterson.

28      14.    The parties have also negotiated a proposed stipulated protective order

4

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF NY MARINE'S OPPOSITION TO TRAVELERS'
EX PARTE APPLICATION FOR STAY, OR ALTERNATIVELY, EXTENDING ALL CURRENT DEADLINES

1  applicable to this litigation which will be filed contemporaneously with this

2  Opposition.

3          I declare under penalty of perjury under the laws of the United States that the

4  foregoing is true and correct.  Executed on April 19, 2022 in Fresno, California.

5

6                                              By:       /s/ James P. Wagoner
7                                                        James P. Wagoner

8  8352706.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF NY MARINE'S OPPOSITION TO TRAVELERS'
EX PARTE APPLICATION FOR STAY, OR ALTERNATIVELY, EXTENDING ALL CURRENT DEADLINES

# EXHIBIT 1

EXHIBIT 1

## Nicholas Rasmussen

| | |
|---|---|
| **From:** | Mark D. Peterson <MarkPeterson@catespeterson.com> |
| **Sent:** | Thursday, March 24, 2022 4:50 PM |
| **To:** | Jim Wagoner; Nicholas Rasmussen |
| **Subject:** | RE: Travelers v. New York Marine (ProSight) (Depp v. Heard) -- Conferring |

Jim and Nick:

Are the two of you available for a call tomorrow, Friday?  I should be finished with a Zoom appearance by 10:30.  From that time on, I can connect.

I will explain when we speak, but the Travelers folks have serious concerns that discovery in the insurance case may interfere with the trial in the underlying action, which is expected to be tried April 11 to about May 27.  Thus, I want to explore some alternatives.

Thank you.

Mark

Mark D. Peterson
Cates Peterson LLP
4100 Newport Place

1

EXHIBIT 1

Suite 230
Newport Beach, CA  92660
Telephone Direct: (949) 252-2622
Telephone General: (949) 724-1180
Fax: (949) 724-1190
<u>www.CatesPeterson.com</u>



2

EXHIBIT 1

# EXHIBIT 2

EXHIBIT 2

## Nicholas Rasmussen

| | |
|---|---|
| **From:** | Jim Wagoner <Jim.Wagoner@mccormickbarstow.com> |
| **Sent:** | Saturday, April 9, 2022 3:15 PM |
| **To:** | Mark D. Peterson |
| **Cc:** | Nicholas Rasmussen; Graham Van Leuven; Lejf Knutson |
| **Subject:** | RE: Travelers / New York Marine (ProSight) (Heard / Depp) |

Mark,

In view of the October 4, 2022 discovery cutoff, we can only grant an extension for two weeks. Since the responses are presently due on April 18th, this would extend the time to May 2nd.

Very truly yours,

**James P. Wagoner**
**McCormick Barstow LLP**
7647 North Fresno Street | Fresno, CA 93720
Main (559) 433.1300 | Direct (559) 433.2119
www.mccormickbarstow.com

*Certified Specialist in Appellate Law
The State Bar of California

1

EXHIBIT 2

**From:** Mark D. Peterson <MarkPeterson@catespeterson.com>
**Sent:** Thursday, April 7, 2022 10:06 AM
**To:** Jim Wagoner <Jim.Wagoner@mccormickbarstow.com>
**Cc:** Nicholas Rasmussen
<Nicholas.Rasmussen@mccormickbarstow.com>
**Subject:** Re: Travelers / New York Marine (ProSight) (Heard / Depp)

Jim and Nick,
I am out of town traveling this week. We will need to present the scheduling issue to the court. I request a thirty day extension of the discovery response deadlines to facilitate that. Please let me know if this is fine.
Thank you,
Mark
Mark D. Peterson

Get Outlook for iOS

**From:** Jim Wagoner <Jim.Wagoner@mccormickbarstow.com>
**Sent:** Saturday, April 2, 2022 12:03:00 PM
**To:** Mark D. Peterson <MarkPeterson@catespeterson.com>
**Cc:** Nicholas Rasmussen
<Nicholas.Rasmussen@mccormickbarstow.com>
**Subject:** Recall: Travelers / New York Marine (ProSight) (Heard / Depp)

Jim Wagoner would like to recall the message, "Travelers / New York Marine (ProSight) (Heard / Depp)".

2

EXHIBIT 2

# EXHIBIT 3

EXHIBIT 3

**From:** Johnson, Pamela A <PAJOHNSO@travelers.com>
**Sent:** Tuesday, April 12, 2022 1:31 PM
**To:** Steven Battaglia <SBattaglia@prosightspecialty.com>
**Subject:** REDACTED

*External Email*

Steve,

A couple of days ago, Elaine told me that you had asked her to send you any reports she previously sent to Travelers.  Because Elaine and I communicated almost every day about this case, I did not require her to prepare formal reports.  If there is specific information you want, I would be happy to try to provide it from the information I have.  Because I have hundred of emails from defense counsel, and we are in the middle of trial, I can't send them all to you at present.  Elaine's team is working pretty much 24/7 so I am not sure that anyone will on her team will be able to provide those emails to you quickly.  But as I said, if there is specific information you require, please let me know.



REDACTED

As you probably know, the trial is being broadcast on Court TV, so if you want to watch any of the testimony, you should be able to.  I will also continue to provide you with daily reports based on my own observations.  But, as we have discussed previously, you need to gather your own information and reach your own conclusion about the case.  We each have an independent duty to do so.


**Pamela Johnson | Assistant Vice President  | Claim Professional**
**Intellectual Property - Business Torts**
REDACTED
REDACTED



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

1

EXHIBIT 3

**PROOF OF SERVICE**

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 19, 2022, I served true copies of the following document(s) described as **DECLARATION OF JAMES P. WAGONER IN SUPPORT OF NY MARINE'S OPPOSITION TO TRAVELERS' EX PARTE APPLICATION FOR STAY, OR ALTERNATIVELY, EXTENDING ALL CURRENT DEADLINES** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2022, at Fresno, California.

/s/ Heather Ward
Heather Ward

DECLARATION OF JAMES P. WAGONER IN SUPPORT OF NY MARINE'S OPPOSITION TO TRAVELERS' EX PARTE APPLICATION FOR STAY, OR ALTERNATIVELY, EXTENDING ALL CURRENT DEADLINES