McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a New York Corporation,<br><br>Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NY MARINE'S OPPOSITION TO PLAINTIFF TRAVELER'S EX PARTE APPLICATION**<br><br>Complaint filed: July 20, 2021<br>Trial: January 3, 2023<br><br>Judge:       Hon. George H. Wu |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York Marine and General Insurance Company ("New York Marine") hereby requests that the Court take judicial notice of the following documents and events that are not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Further, under Rule 201(c)(2), the Court "(2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

True and correct copies of the following records relevant to the dispute between the parties are included as exhibits hereto, as authenticated in the Declaration of James P. Wagoner, filed in conjunction herewith, which, as set forth therein, were obtained from publicly available sources as stated in the Declarations:

1. A copy of the "About Us" page of Travelers' website, publicly available at: https://www.travelers.com/about-travelers#:~:text=Every%20day%2C%20our%20approximately%2030%2C000,of%20mind%20to%20our%20customers. , attached hereto as Exhibit 1.

2. A true and correct copy of relevant excerpts of Travelers' 2021 Annual Report, available at: https://s26.q4cdn.com/410417801/files/doc_financials/2021/ar/Travelers-2021-Annual-Report.pdf , attached hereto as Exhibit 2.

Dated: April 19, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

7907453.1

# EXHIBIT 1

EXHIBIT 1



Home / About Travelers



About Travelers

## Who We Are

We are an insurance company that cares. Travelers takes on the risk and provides the coverage you need to protect the things that are important to you — your home, your car, your valuables and your business — so you don't have to worry. We have been around for more than 165 years and have earned a reputation as one of the best property casualty insurers in the industry because we take care of our customers. Our expertise and focus on innovation have made us a leader in personal, business and specialty insurance and the only property casualty company in the Dow Jones Industrial Average. **Every day, our approximately 30,000 employees and 13,500 independent agents and brokers in the United States, Canada, the United Kingdom and Ireland help provide peace of mind to our customers.**

Individuals | Businesses | History | Diversity & Inclusion | Travelers Institute | Awards and Recognition | Company Facts

## Sustainability

Sustainability at Travelers means performing today, transforming for tomorrow and fulfilling our promise to our customers, communities and employees.

EXHIBIT 1



Learn more

## Community



Strong communities are sustained by educational and economic opportunities — and we are dedicated to assisting our communities in generating those opportunities. With a focus on equity and inclusion, we target our giving and volunteerism to help improve academic and career success, develop thriving neighborhoods and create culturally enriched communities.

Learn more

## Careers

EXHIBIT 1



We employ some of the most talented, passionate people in the industry, and are always looking for new team members.

Search opportunities

## Technology

Our diverse teams of technologists and analytics professionals are developing breakthrough solutions that provide exceptional experiences for customers, agents/brokers and employees. Read more about how our inclusive, innovative and collaborative culture makes Travelers a great place to grow a career.

Learn more



For press releases, media contacts and downloadable photos, view our Newsroom.

## Investors

Information for investors.

Learn More

## Agents

Resources to help agents.

Learn More

EXHIBIT 1

EXHIBIT 1

# EXHIBIT 2

EXHIBIT 2

**The Travelers Companies, Inc.**   **2021 Annual Report**



*Forward* Together

EXHIBIT 2

## Financial Highlights

- **$3.5 Billion** Core Income

- **13.7%** Core Return on Equity

- **$32.0 Billion** Record Net Written Premiums

- **$3.1 Billion** Capital Returned to Shareholders

At and for the year ended December 31. Dollar amounts in millions, except per share amounts.

|  | 2021 | 2020 | 2019 | 2018 | 2017 |
|---|---|---|---|---|---|
| Earned Premiums | $ 30,855 | $ 29,044 | $ 28,272 | $ 27,059 | $ 25,683 |
| Total Revenues | $ 34,816 | $ 31,981 | $ 31,581 | $ 30,282 | $ 28,902 |
| Core Income | $ 3,522 | $ 2,686 | $ 2,537 | $ 2,430 | $ 2,043 |
| Net Income | $ 3,662 | $ 2,697 | $ 2,622 | $ 2,523 | $ 2,056 |
| Net Income Per Diluted Share | $ 14.49 | $ 10.52 | $ 9.92 | $ 9.28 | $ 7.33 |
| Total Investments | $ 87,375 | $ 84,423 | $ 77,884 | $ 72,278 | $ 72,502 |
| Total Assets | $120,466 | $116,764 | $110,122 | $104,233 | $103,483 |
| Shareholders' Equity | $ 28,887 | $ 29,201 | $ 25,943 | $ 22,894 | $ 23,731 |
| Return On Equity | 12.7% | 10.0% | 10.5% | 11.0% | 8.7% |
| Core Return On Equity | 13.7% | 11.3% | 10.9% | 10.7% | 9.0% |
| Book Value Per Share | $ 119.77 | $ 115.68 | $ 101.55 | $ 86.84 | $ 87.46 |
| Dividends Per Share | $ 3.49 | $ 3.37 | $ 3.23 | $ 3.03 | $ 2.83 |

The Travelers Companies, Inc. (NYSE: TRV) is a leading provider of property casualty insurance for auto, home and business. A component of the Dow Jones Industrial Average, Travelers has approximately 30,000 employees and generated revenues of approximately $35 billion in 2021. For more information, visit Travelers.com.

EXHIBIT 2



Our outstanding financial performance this year reflects both our relentless execution – day in and day out – across our businesses, and the impact of the significant investments and strategic initiatives we have undertaken in recent years.

**Alan D. Schnitzer**
Chairman and Chief Executive Officer

## To My Fellow Shareholders

At Travelers, we are driven to perform today and transform for tomorrow. Our 2021 results demonstrate what that commitment looks like in action. Our outstanding financial performance this year reflects both our relentless execution – day in and day out – across our businesses, and the impact of the significant investments and strategic initiatives we have undertaken in recent years.

In 2021, we earned full year core income of $3.5 billion* – an increase of 31% year over year – generating an industry-leading core return on equity of 13.7%. On top of that, thanks to our best-in-class marketplace execution, we grew net written premiums to a record $32 billion. Our strong earnings and balance sheet enabled us to continue to invest in our ambitious innovation agenda, while also returning more than $3.0 billion of excess capital to our shareholders and growing adjusted book value per share by 10%.

These results speak to the soundness of our long-term strategy and excellent execution by our talented workforce. With that, together with our scale, resources and deep domain expertise, we enter 2022 well positioned to continue delivering industry-leading results over time.

Now, let me turn to how we performed in 2021 and how we are positioning Travelers for the future.

### Our 2021 Results

Travelers generated very strong core income of $3.5 billion and $13.94 of core income per diluted share, up 33% compared to the prior year. Core return on equity increased by more than 200 basis points to an excellent 13.7%, a meaningful spread above both the 10-year Treasury and our cost of equity.

We delivered record underlying underwriting income for the year of $2.3 billion after-tax, and a very strong underlying combined ratio of 90.3%. Our average underlying underwriting income for the past five years was 34% greater than the average underlying underwriting income for the five years prior to that. Significantly, underlying underwriting income as a percentage of core income in 2021 remained at a historically high level, an indication of the high quality of our earnings. In other words, when you adjust for the things over which we have less control, such as catastrophes, prior year reserve development and the interest rate environment, we delivered operating performance that was very strong compared to our historical average. Our 2021 results demonstrate that our strategy of innovating to grow the top line at attractive returns and improving productivity and efficiency continues to pay off.

---

*See "Additional information" for a discussion and calculation of non-GAAP financial measures.

EXHIBIT 2          1

During the year, we improved our expense ratio to a historically low 29.4%, a 50-basis-point improvement over the prior year and a 7% improvement over the past five years. We achieved this by leveraging cutting-edge technology and workflow enhancements, and not by depriving our business of important investments. Improving operating leverage continues to be a strategic priority for us. It gives us the flexibility to invest the gains in our strategic priorities or let the benefit fall to the bottom line.

Our cash flow from operations reached an all-time record of $7.3 billion in 2021. This reflects the benefit of continued increases in premium volume, strong profitability and lower-than-normal overall claim payouts, as courtroom and other settlement activity remained below historic levels throughout the year. We assume that the lower-than-normal payout pattern is ultimately a timing issue, and, as a result, when establishing our reserves and pricing our products, we are continuing to assume that elevated severity related to social inflation has not abated.

Our cash flow from operations has increased significantly over the last five years, with the average annual cash flow from operations for that period nearly 50% higher than the average for the five years prior to that. Strong cash flow enables us to make significant investments in our business, return excess capital to shareholders and grow our investment portfolio. Over the past five years, our investment portfolio grew an impressive $16.9 billion, or 24%, to $87.4 billion at year-end.

Turning to the top line, today's production generates tomorrow's earned premiums. In 2021, we delivered record net written premiums of $32 billion for the year, up 7% compared to the prior year. This represents the 12th consecutive year of net written premium growth. All three of our business segments contributed to the strong top-line performance, with Business Insurance up 4%, Bond & Specialty Insurance up 14% and Personal Insurance up 10%. This premium growth has been driven by high levels of retention, higher pricing and the addition of high-quality new business. Significantly, we have strong confidence in the profitability of the business that we are putting on the books, as it comes from products, geographies, classes of business and distribution partners that we know well.

We believe that return on equity is the right way to measure our success and that any commitment to deliver an industry-leading return on equity over time requires a strategy to grow over time. Across all our businesses, our strategic focus continues to include creating opportunities to write more business through retaining and growing our relationships with our high-quality in-force accounts and bringing our franchise value to new customers. To that end, several years ago, we laid out a plan to achieve profitable growth in the context of the forces of change that we had previously identified as impacting the industry – namely, changing consumer expectations, emerging technology trends, more sophisticated data and analytics, and evolving distribution models.

In light of these trends, we have established key innovation priorities and are investing in capabilities consistent with those priorities. Notwithstanding a challenging environment for the industry, including the second year of a global pandemic, we have faithfully and consistently executed on this strategy. This relentless execution has paid off. Since 2016, we have grown net written premiums at a compound annual growth rate of 5.1%, substantially outpacing both the growth in gross domestic product over the same period and our compound annual growth rate of 2.7% for the prior years in the decade.

At the same time as we have grown net written premiums, we have also improved our underlying margins – our underlying combined ratio over the last two years has been meaningfully below the 10-year average. That tells us that we have not grown by either underpricing the product or taking on too much risk.

### Investment Expertise

The performance of our investment portfolio – a key source of stability and strength for Travelers – continues to be exceptional. Our investment portfolio is managed first and foremost to support our insurance operations and, accordingly, is positioned to meet our obligations to policyholders under almost every foreseeable circumstance – anything from a global pandemic to a significant natural disaster to a financial crisis. With this in mind, we are focused on risk-adjusted returns and credit quality rather than reaching for yield that is not commensurate with the underlying risk.

# 2021 Financial Results in the Context of Our Innovation Strategy

Over the past five years, we have grown our business and, at the same time, improved our underlying profitability. We have also successfully executed on our strategic initiative to improve productivity and efficiency. These achievements have resulted in significantly higher underlying underwriting income, meaningfully higher cash flow from operations and growth in our investment portfolio. The following charts illustrate this strategy at work and its compounding, multiyear benefit:

**Accelerating Net Written Premium Growth**



**Improving Underlying Combined Ratio**[3]



**Improving Expense Ratio**



**Increasing Underlying Underwriting Income**[3] (after-tax)



**Increasing Cash Flow from Operations**



**Growing Invested Assets**[4]



[1] Represents growth from 2012 through 2016.
[2] Represents growth from 2016 through 2021.
[3] Excludes the impact of catastrophes and prior year reserve development.
[4] Invested assets excludes net unrealized investment gains (losses).

EXHIBIT 2

3

Our asset allocation is designed so that the predictable stream of investment income from our fixed income portfolio will provide a firm and reliable foundation for our business. In addition, the allocation between fixed income and alternative investments is designed such that when the market is challenging for our alternative investment portfolio, we still have a shot at reaching our target returns, and when the alternative portfolio has a strong year, we will benefit from the upside.

Our performance over the past two years is a perfect illustration of how effective this disciplined investment strategy is in managing through very different and volatile market conditions. In 2020, we saw record low interest rates (the 10-year Treasury hit a stunning low of 0.318%), and we experienced significant volatility in the equity markets that negatively impacted the returns from our alternative investment portfolio. Nonetheless, we delivered strong 2020 net investment income of $1.9 billion after-tax, contributing to a strong core return on equity of 11.3%. In 2021, the alternative investment portfolio benefited from the recovery in the equity markets, and the same disciplined strategy and well-constructed portfolio delivered net investment income of $2.5 billion after-tax, contributing to an industry-leading core return on equity of 13.7%.

Strategy, not serendipity, drove these strong results throughout two very different economic and market environments – that is the value of our thoughtful and disciplined approach.

## Underwriting Expertise

Underwriting excellence is of course key to our success, and there is nothing more critical to underwriting excellence than a culture that values strong performance over time and understands how to balance the art and science of decision making based on data and analytics. This culture alone is a significant competitive advantage, and one that we believe is very hard to replicate.

A critical component of our culture is our granular approach to underwriting. In our commercial businesses, that means execution on an account-by-account or class-by-class basis. In personal lines, it means a very high degree of segmentation by account, product and geography. With that and our advanced data and analytics, we thoughtfully select the risks we write and price our products deliberately with our target return in mind.

Given the elevated frequency and severity of catastrophes in recent years, including once again in 2021, I will take a moment to highlight the work we have done over the last several years in terms of the strategic management of our catastrophe exposure.

> **Underwriting excellence is of course key to our success, and there's nothing more critical to underwriting excellence than a culture that values strong performance over time and understands how to balance the art and science of decision making based on data and analytics.**

Consistent with our general approach of recognizing, assessing and addressing trends rapidly, we have taken decisive action in anticipation of continued elevated weather frequency and severity. Our efforts started with talent. We have added experts in data science, meteorology, geophysics and environmental engineering, among others, to our catastrophe management organization. We have also established dedicated teams for each catastrophe peril, with the goal of developing industry-leading scientific and underwriting expertise.

We have incorporated the learnings into our product development, risk selection, pricing, capital allocation and claim response. The insights we have developed have enabled us to supplement standard vendor catastrophe models with our own sophisticated, peril-by-peril view. This gives us a refined, granular view of catastrophe risk, incorporating proprietary variables, such as complex roof characteristics, tree and brush density and location intelligence down to the parcel level. These variables are incorporated into our product development, enhancing our segmentation. They are also integrated into proprietary algorithms that we use at the point of sale to inform risk selection and decisions about terms and conditions.

Taken together, these efforts have enabled us to manage our exposure to catastrophes more effectively, and, while there is always the potential for us to have outsized exposure to an event, the positive impact on our results

EXHIBIT 2

this year and in recent years is evident. In 2021, our share of both wildfire and hurricane peril losses was several percentage points lower than our market share in the affected areas. Over the past five years, our share of property casualty losses relative to total domestic P&C industry losses has declined significantly compared to the five years prior to that and has been meaningfully lower than our corresponding market share.

**Investing in Technology Drives Value – Today and in the Future**

The innovation and technology investments we have made in recent years are not only transforming Travelers into the insurance company of the future, they are driving our financial results today. Our scale, profitability and cash flow all support our ability to invest well over $1 billion annually on technology, and we are confident that these ongoing strategic investments will continue to drive successful top- and bottom-line results going forward.

These efforts touch every aspect of our work by digitizing the value chain, leveraging cloud technology, leaning into artificial intelligence for everything from simple automation to deep machine learning, tapping into new data sources and building increasingly accurate predictive models. Technology affords meaningful opportunities to transform the way the business of insurance is done, and scale will be an increasingly important differentiator in our industry.

Through our focus on optimizing productivity and efficiency, we have been able to meaningfully increase our overall technology spend over the last five years, while at the same time significantly reducing our expense ratio. Importantly, over that period, we have improved the mix of our technology spend. We have increased our spending on strategic technology initiatives by 50%, while reducing routine but necessary expenditures. In 2021, our leading Claim organization completed a strategic, three-year plan that we call "right touch." That effort resulted in more than $125 million of annual run rate savings, which is reflected in our results.

In addition to creating efficiencies for us, investments in digital capabilities over the past few years have enabled us to improve the customer experience. Our timing was good: pre-pandemic we anticipated a higher rate of digital adoption, and when the pandemic accelerated the trend, we were prepared to meet the need. We are now using virtual claim handling capabilities on a significant majority of both auto appraisals and wind/hail claims, all without the need for inspection by a Travelers claim professional. We are also handling significantly more water claims virtually as compared to pre-pandemic levels. In other words, we are delivering great experiences for our customers and a more efficient outcome for our shareholders.

Throughout Travelers, we see a lot of benefit and opportunity from artificial intelligence. As one example, we have successfully deployed high-resolution aerial imagery, coupled with proprietary deep machine learning, to accelerate damage assessments and claim resolutions in the wake of catastrophes. After the recent wildfires in Colorado, we were able to serve some customers before they even had a chance to return to their homes. In severe wind events, our latest models can identify the extent of exterior property damage with a high degree of accuracy. These are some of the capabilities we use to meet our objective of closing 90% of all claims arising out of catastrophe events within 30 days, and exclusively with a Travelers claim professional instead of also relying on an independent adjuster.

> The innovation and technology investments we have made in recent years are not only transforming Travelers into the insurance company of the future, they are driving our financial results today.

Other initiatives across the company leverage technology, data and models to support decision making. We have more than 60 million data records related to businesses, individuals and distributors, including virtually every business in the U.S. These records are curated into well-designed, proprietary data products. We leverage this with more than 2,000 external data sets, including high-resolution aerial imagery covering substantially all property exposures in the U.S. All of this data fuels our more than 1,000 advanced analytical models. Our models support risk selection and segmentation, pricing, reserving, claim response and more. Our data and analytics advantage, augmented by the latest technology, is significant and difficult to replicate.

EXHIBIT 2                5

Powering all of these efforts is our exceptional workforce. We start with world-class expertise in traditional insurance-related disciplines and enhance that with leading computer data and industrial engineers, design professionals, behavioral scientists, AI experts, roboticists, specialized health care professionals and more.

**Investing in Our Employees**

Just as we bring a long-term perspective to managing other aspects of our business, we view our human capital management through a long-term lens. At Travelers, our people are our greatest asset. Our employees collectively drive our performance and fuel our ambitious innovation agenda. Their talent and expertise are critical to maintaining meaningful and differentiating competitive advantages in a rapidly evolving business landscape.

> Powering all of these efforts is our exceptional workforce. We start with world-class expertise in traditional insurance-related disciplines and enhance that with leading computer data and industrial engineers, design professionals, behavioral scientists, AI experts, roboticists, specialized health care professionals and more.

Our average tenure and voluntary turnover rates demonstrate the power of our culture and the attachment our employees have to the organization. We are proud that the average tenure at Travelers is an impressive 12 years. For our approximately 600 most senior leaders, the average tenure is more than 20 years. In a competitive labor market, our two-year average global voluntary turnover rate is consistent with our turnover rate prior to the pandemic. While, like many businesses, we experienced elevated attrition during 2021, our recruiting efforts have been very successful – we hired more people than we lost. In other words, more people chose to join Travelers than to leave for another job elsewhere. We take seriously our responsibility to make sure that Travelers is an employer of choice for the best talent in our industry.

Diversity and inclusion have long been business imperatives for us and are a critical part of our human capital management strategy. We continue to refine our efforts and focus on ensuring an equitable and inclusive work environment for all our employees. Diverse experiences and viewpoints yield greater insights and better outcomes, enable new ideas and spark innovation, raise the bar on both individual and team performance, and sharpen our focus on our customers. That is why we have deliberate recruiting, retention and development practices tailored to deepen diverse talent pools and broaden advancement opportunities. We are steadily making progress, as evidenced by the fact that we once again increased the number of women and people of color in management positions this year, progress that we have achieved each year since we began tracking this data in 2006.

We also have a number of longer-term initiatives underway that are designed to raise awareness about insurance as an attractive career opportunity, such as Travelers EDGE®, our signature college-to-career pipeline program. These initiatives are already working to create a more diverse pipeline of talent for Travelers and attract a broader group of individuals to the P&C insurance industry.

**Consistent and Successful Long-Term Financial Strategy Delivers Shareholder Value**

It is important to consider our financial results and our strategic initiatives in the context of what we are ultimately trying to achieve. At Travelers, our simple and unwavering mission for creating shareholder value is to:

- Deliver superior returns on equity by leveraging our competitive advantages;
- Generate earnings and capital substantially in excess of our growth needs; and
- Thoughtfully rightsize capital and grow book value per share over time.

The results we deliver are due to our deliberate and consistent approach to creating shareholder value. We have been clear for many years that one of our crucial responsibilities is to produce an appropriate return on equity for our shareholders. This has meant developing and executing financial and operational plans consistent with our goal of achieving superior returns, which we defined many years ago as a mid-teens core return on equity over time. We emphasize that the objective is measured over time because we recognize that the macroeconomic environment, loss cost trends, weather, and geopolitical and other factors impact our results from year to year, and that there are years – or longer periods – and environments in which a mid-teens return is not attainable. In that regard, we established the mid-teens goal at a time when the 10-year Treasury was yielding around 5%, and mid-teens was simply the quantification of what qualified as an industry-leading return in that environment. As we have said before,

EXHIBIT 2

our ability to achieve a mid-teens return over time going forward will depend on interest rates returning to more normal levels by historical standards. In any event, we always seek to deliver industry-leading returns over time.

Our 2021 return on equity of 12.7% and core return on equity of 13.7% again meaningfully exceeded the average return on equity for the domestic P&C industry of 4.6%, according to estimates from Conning, a global investment management firm and insurance research provider. As shown in the chart below, our return on equity has significantly outperformed the average return on equity for the industry in each of the past 10 years.

Importantly, these industry-leading returns on an absolute basis are even more impressive on a risk-adjusted basis when you take into account our industry-leading (low) volatility. The level and consistency of our return on equity over time reflect the value of our competitive advantages and the discipline with which we run our business.

### A Balanced Approach to Rightsizing Capital

Our strong and consistent returns over time, together with our fortress balance sheet, have enabled us to grow both book value per share and adjusted book value per share at a compound annual growth rate of 7% over the last 10 years.

**Adjusted Book Value Per Share[1]**



[1] Excludes net unrealized investment gains (losses), net of tax, included in shareholders' equity.

During this period, we have also returned a significant amount of excess capital to our shareholders through dividends and share repurchases. Over the last decade, we increased our dividend each year and grew dividends per share at an average annual rate of approximately 8%.

**Dividends Per Share**





[1] 2021 Forecast: © 2022 Conning, Inc. Used with permission. S&P historical data used with permission.

EXHIBIT 2       7

# The Power of Our Diversified Businesses

We engage broadly across nine major lines of insurance through our three business segments. Our portfolio is balanced across these lines of business and further diversified by geography and customer size and type. Each of our businesses is high performing and contributed meaningfully to our 2021 performance.

## 2021 Net Written Premiums



**BUSINESS INSURANCE** — $16.1 Billion
- 20% Workers Compensation
- 23% Commercial Multi-Peril
- 18% Commercial Auto
- 17% General Liability
- 15% Commercial Property
- 7% International

Business Insurance generated segment income of $2.4 billion, its best result since 2009, and produced an underlying combined ratio of 91.7%, a more than 3.5-point improvement from 2020 and its best result since 2007. These results were driven by the successful execution of our thoughtful and deliberate strategies. Net written premiums were up 4% to an all-time high of $16.1 billion, led by our domestic businesses, which delivered record high **renewal premium change of 9.6%**, while maintaining historically high retentions and delivering nearly $2 billion in new business.



**BOND & SPECIALTY INSURANCE** — $3.4 Billion
- 15% International
- 59% Management Liability
- 26% Surety Bond

Bond & Specialty's exceptional results continue to be an important and reliable contributor to the overall performance of our diversified businesses. Bond & Specialty had another excellent year, posting an underlying combined ratio of 83.5%. The segment **grew net written premiums by 14% to a record $3.4 billion**, including growth in its international businesses of an impressive 50% and solid growth in its market-leading domestic surety business. Bond & Specialty's strong profitability through the pandemic speaks to our underwriting excellence and culture of managing for the long term.



**PERSONAL INSURANCE** — $12.5 Billion
- 5% International
- 48% Homeowners & Other
- 47% Automobile

Personal Insurance's strong marketplace execution continued in 2021, with net written premiums **growing 10% to a record $12.5 billion** and policies-in-force achieving record levels in both the Automobile and Homeowners & Other product lines. Underwriting results were also solid, particularly in light of difficult and changing market conditions, as evidenced by a combined ratio of 96.5%. The second half of the year was challenging, as claim frequency returned to more normal levels in Automobile, and economic inflation impacted Automobile and Homeowners. We are confident that we will manage through these environmental challenges and continue to grow our book of business at target returns over time.

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
Case No. 2:21-cv-5832-GW (PDx)

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 19, 2022, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEW YORK MARINE OPPOSITION TO PLAINTIFF TRAVELERS' EX PARTE APPLICATION** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2022, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NY MARINE'S OPPOSITION TO PLAINTIFF TRAVELERS' EX PARTE APPLICATION