**DENIED**

## BY ORDER OF THE COURT

1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation, | ) Case No.: 2:21-cv-5832-GW (PDx) ) Hon. George H. Wu ) Hon. MJ Patricia Donahue |
| 13 | ) |
| Plaintiff, | ) [PROPOSED] |
| 14 | ) |
| v. | ) ORDER GRANTING *EX PARTE* |
| 15 | ) APPLICATION, VACATING |
| NEW YORK MARINE AND | ) CURRENT DEADLINES AND |
| 16 GENERAL INSURANCE COMPANY, a Delaware corporation, | ) TEMPORARILY STAYING CASE ) PENDING CONCLUSION OF |
| 17 | ) UNDERLYING ACTION |
| Defendant. | ) |
| 18 | ) |
| | ) **Complaint Filed:** July 20, 2021 |
| 19 NEW YORK MARINE AND | ) **Trial:** January 3, 2023 |
| GENERAL INSURANCE COMPANY, a Delaware corporation, | ) |
| 20 | ) |
| 21 Counter-Claimant, | ) |
| | ) |
| 22 TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation, | ) |
| 23 | ) |
| 24 Counter-Defendant. | ) |
| 25 | ) |
| | ) |
| 26 | ) |

27

28

---

ORDER ON *EX PARTE* APPLICATION FOR TEMPORARY STAY

1    For good cause shown, the Court grants the *ex parte application* for a stay of

2    this action pending conclusion of the underlying action:

3    IT IS HEREBY ORDERED THAT:

4    1.  The current dates set in this case, including the January 3, 2023, trial date,

5    are vacated;

6    2.  This case, including discovery response deadlines, is stayed until further

7    order;

8    3.  On July 28, 2022, at 8:30 a.m., the Court will hold a status and trial-

9    setting conference;

10    4.  One week prior to the status and trial-setting conference, the parties will

11    submit a proposed order with a new set of proposed deadlines and dates for this

12    case, for the Court to consider.

13    IT IS SO ORDERED.

14    Dated: May 24, 2022



Hon. George H. Wu
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON *EX PARTE* APPLICATION FOR TEMPORARY STAY