McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

Cates Peterson LLP
Mark D. Peterson, #126174
  markpeterson@catespeterson.com
Kathleen O. Peterson, #124791
  kpeterson@catespeterson.com
Amy Howse, #252922
  ahowse@catespeterson.com
4100 Newport Place, Ste. 230
Newport Beach, CA 92660

Attorneys for Plaintiff and Cross-
Defendant Travelers Commercial
Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><br>New York Marine and General Insurance Company, a Delaware | Case No. 2:21-cv-5832-GW (PDx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Filed Concurrently with Joint Stipulation and Application for Protective Order; Peterson Declaration; Wagoner Declaration<br><br>Hon. George H. Wu |

corporation

             Counter-Claimant

    v.

Travelers Commercial Insurance Company, a Connecticut corporation,

Counter-Defendant

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York Marine and General Insurance Company ("NY Marine") hereby requests that the Court take judicial notice of the following documents and events that are not subject to reasonable dispute and which are established by the record in this action and by the record in the action entitled *New York Marine and General Insurance Company v. Amber Heard,* United States District Court, Central District of California, Case no. 2:22-cv-04685 (the "*NY Marine v. Heard* litigation").

A District Court may take judicial notice of the records of federal and state courts. *Estate of Blue v. County of Los Angeles*, 120 F.3d 982, 984 (9th Cir. 1997) (noting that a court "may properly take judicial notice of the papers filed" in both federal and state court proceedings). In addition, under Rule 201(c)(2), the Court "(2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

True and correct copies of the following court records and pleadings filed in this action and in the *NY Marine v. Heard* litigation are attached hereto as exhibits as set forth in the declaration of James P. Wagoner.

1. A copy of the docket sheet in the *NY Marine v. Heard* litigation;

2. The First Amended Complaint filed on July 11, 2022 by NY Marine in the *NY Marine v. Heard* litigation;

3. Travelers' notice of motion and motion and memorandum of points and authorities in support of its motion to consolidate the *NY Marine v. Heard* litigation with this litigation.

/ / /
/ / /
/ / /
/ / /
/ / /

Dated:  September 9, 2022           CATES PETERSON, LLP

By: _____*/s/ Mark D. Peterson*_____
Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Attorneys for Plaintiff Travelers Commercial
Insurance Company

Dated:  September 9, 2022           McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____*/s/ James P. Wagoner*_____
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and
General Insurance Company

### **CERTIFICATION PURSUANT TO L.R. 5-4.3.4**

The undersigned hereby certifies that all signatories to this Request for Judicial Notice concur in the contents of this filing, and have authorized the undersigned to sign and file this document on their behalf.

Dated:  September 9, 2022           McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____*/s/ James P. Wagoner*_____
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and
General Insurance Company

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 9, 2022, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 9, 2022, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER