# EXHIBIT 1

ACCO,(PDx),DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22-cv-04685-GW-PD

New York Marine and General Insurance Company v. Amber Heard
Assigned to: Judge George H. Wu
Referred to: Magistrate Judge Patricia Donahue
Related Case: 2:21-cv-05832-GW-PD
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 07/08/2022
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

## Plaintiff

**New York Marine and General Insurance Company**
*a New York Corporation*

represented by **Graham Van Leuven**
McCormick Barstow Sheppard Wayte and Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
559-433-1300
Fax: 559-433-2300
Email: graham.vanleuven@mccormickbarstow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Wagoner**
McCormick Barstow Sheppard Wayte and Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
559-433-1300
Fax: 559-433-2300
Email: jim.wagoner@mccormickbarstow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas H Rasmussen**
McCormick Barstow Sheppard Wayte and Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
559-433-1300
Fax: 559-433-2300
Email: nicholas.rasmussen@mccormickbarstow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Travelers Commercial Insurance Company**     represented by     **Mark D Peterson**
Cates Peterson LLP
4100 Newport Place Suite 230
Newport Beach, CA 92660
949-724-1180
Fax: 949-724-1190
Email: markpeterson@catespeterson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amber Heard**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2022 | [1](#) | COMPLAINT Receipt No: ACACDC-33601650 - Fee: $402, filed by Plaintiff New York Marine and General Insurance Company, a New York Corporation. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D) (Attorney James P Wagoner added to party New York Marine and General Insurance Company, a New York Corporation(pty:pla))(Wagoner, James) (Entered: 07/08/2022) |
| 07/08/2022 | [2](#) | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), [1](#) filed by Plaintiff New York Marine and General Insurance Company, a New York Corporation. (Wagoner, James) (Entered: 07/08/2022) |
| 07/08/2022 | [3](#) | CIVIL COVER SHEET filed by Plaintiff New York Marine and General Insurance Company, a New York Corporation. (Wagoner, James) (Entered: 07/08/2022) |
| 07/08/2022 | [4](#) | *Plaintiff New York Marine and General Insurance Company's* NOTICE of Interested Parties filed by Plaintiff New York Marine and General Insurance Company, a New York Corporation, identifying CoAction Global, Inc. and CoAction Specialty. (Wagoner, James) (Entered: 07/08/2022) |
| 07/11/2022 | [5](#) | FIRST AMENDED COMPLAINT against Defendant Amber Heard amending Complaint (Attorney Civil Case Opening), [1](#) , filed by Plaintiff New York Marine and General Insurance Company, a New York Corporation (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D)(Wagoner, James) (Entered: 07/11/2022) |
| 07/11/2022 | [6](#) | NOTICE OF ASSIGNMENT to District Judge Ronald S. W. Lew and Magistrate Judge Gail J. Standish. (car) (Entered: 07/11/2022) |
| 07/11/2022 | [7](#) | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 07/11/2022) |
| 07/11/2022 | [8](#) | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 07/11/2022) |
| 07/11/2022 | [9](#) | Request for Clerk to Issue Summons on Amended Complaint/Petition, [5](#) filed by Plaintiff New York Marine and General Insurance Company. (Wagoner, James) (Entered: 07/11/2022) |
| 07/11/2022 | [10](#) | 21 DAY Summons Issued re Amended Complaint/Petition, [5](#) as to Defendant Amber Heard. (car) (Entered: 07/11/2022) |

| 07/12/2022 | 11 | *Amended* NOTICE of Interested Parties filed by Plaintiff New York Marine and General Insurance Company, identifying Coaction Global, Inc. and Coaction Specialty Insurance Group, Inc. (Wagoner, James) (Entered: 07/12/2022) |
|---|---|---|
| 07/12/2022 | 12 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01-Related Case-filed. Related Case No: 2:21-cv-05832 GW(PDx). Case transferred from Judge Ronald S.W. Lew and Magistrate Judge Gail J. Standish to Judge George H. Wu and Magistrate Judge Patricia Donahue for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:22-cv-04685 GW(PDx). Signed by Judge George H. Wu (rn) (Entered: 07/12/2022) |
| 07/14/2022 | 13 | STANDING ORDER RE FINAL PRE-TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU by Judge George H. Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16-1 through 16-15 regarding pre-trial requirements. (SEE DOCUMENT FOR FURTHER DETAILS). (aco) (Entered: 07/14/2022) |
| 08/24/2022 | 14 | NOTICE OF MOTION AND MOTION to Consolidate Cases, as to 2:21-cv-5832-GW (PDx), Travelers Commercial Insurance Company. Motion set for hearing on 10/17/2022 at 08:30 AM before Judge George H. Wu. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Mark D. Peterson, # 3 Request for Judicial Notice, # 4 Proposed Order Consolidating Cases) (Attorney Mark D Peterson added to party Travelers Commercial Insurance Company(pty:bkmov)) (Peterson, Mark) (Entered: 08/24/2022) |

| PACER Service Center ||
|---|---|
| Transaction Receipt ||
| 09/09/2022 14:04:45 ||
| **PACER Login:** | nrasmussen | **Client Code:** | 071997-000108 |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-04685-GW-PD End date: 9/9/2022 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |