Cates Peterson LLP
Mark D. Peterson, #126174
*markpeterson@catespeterson.com*
Kathleen O. Peterson, #124791
*kpeterson@catespeterson.com*
Amy Howse, #252922
*ahowse@catespeterson.com*
4100 Newport Place, Ste. 230
Newport Beach, CA 92660

Attorneys for Plaintiff and Cross-Defendant Travelers Commercial Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF MARK D. PETERSON IN SUPPORT OF THE JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Filed Concurrently with Joint Stipulation and Application to Modify Scheduling Order; Declaration of James P. Wagoner; Request for Judicial Notice<br><br>Hon. George H. Wu |

I, Mark D. Peterson do hereby declare:

1. I am an attorney licensed to practice in the State of California, and am admitted to practice in the United States District Court for the Central District of California. I am a member of the firm Cates Peterson, LLP, attorneys of record for Plaintiff and Counter-Defendant Travelers Commercial Insurance Company in this action and, to the extent that it is involved there, in the action entitled *New York Marine and General Insurance Company v. Amber Heard,* United States District Court, Central District of California, Case no. 2:22-cv-04685 (the "*NY Marine v. Heard*" litigation). The facts here are known to me and within my personal knowledge and if called upon to testify to them, I could and would do so.

2. On August 24, 2022, Travelers filed a motion to consolidate the *NY Marine v. Heard* litigation with the present action. The hearing on Travelers' motion to consolidate the *NY Marine v. Heard* litigation and this action is set for October 17, 2022, and pursuant to an agreement between the parties, NY Marine's Opposition will be due on September 19, 2022, and Travelers' Reply will be due on October 3, 2022, one day immediately preceding the October 4, 2022 discovery cutoff in this action.

3. I am presently out of the country on a three-week foreign trip which was planned in March.  I have been unavailable for depositions while on this trip, from August 27, 2022.  I will not become available until September 19, 2022. Likewise, Travelers key percipient witness counsel, claim professional Pamela Johnson presents challenges to the parties' deposition schedule.  I am informed and have relayed to NY Marine that she recently retired, that she will agree to appear for a deposition without subpoena, but is not available the last half of September and first week of October due to being in Houston for a surgery and recovery of a family member.  I also informed counsel that she reports that she has a trip planned October 21 returning on October 31.

/ / /

/ / /

4. I will again be unavailable due to previously scheduled foreign travel from April 22, 2023 to May 26, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed by designee in Fresno, California, from Rome, Italy, on September 9, 2022.

/s/Mark D. Peterson<br>
Mark D. Peterson

## CERTIFICATION PURSUANT TO L.R. 5-4.3.4

The undersigned hereby certifies that all signatories to this Declaration of Mark Peterson concur in the contents of this filing, and have authorized the undersigned to sign and file this document on their behalf.

Dated: September 9, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ James P. Wagoner*
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

8627165.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 9, 2022, I served true copies of the following document(s) described as **DECLARATION OF MARK D. PETERSON IN SUPPORT OF THE JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 9, 2022, at Fresno, California.

*/s/ Heather Ward*
Heather Ward