McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>  Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>  Counter-Claimant<br><br>  v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

**GOOD CAUSE EXISTING,** it is hereby Ordered that the March 3, 2022 Scheduling Order is hereby Vacated, and the following modified scheduling order entered:

| | |
|---|---|
| Mediation Deadline: | January 31, 2022 |
| Mediation Status Report: | February 10, 2022 |
| Non-Expert Discovery: | February 24, 2023 |
| Expert Disclosure (Initial): | March 17, 2023 |
| Expert Disclosure (Rebuttal): | March 31, 2023 |
| Expert Discovery Cut-off: | April 14, 2023 |
| Motion Filing: | May 1, 2023 |
| Pre-trial/Trial: | June 26, 2023 |

**IT IS SO ORDERED.**

Hon. George H. Wu
United States District Judge

8629370.1

---

1
[Proposed] Order on the Joint Stipulation and Application to Modify Scheduling Order

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 9, 2022, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER** on the interested parties in this action as follows:

Mark D. Peterson
Kathleen O. Peterson
Amy Howse
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Email: markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 9, 2022, at Fresno, California.

*/s/ Heather Ward*
Heather Ward