1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     jim.wagoner@mccormickbarstow.com
3  Lejf E. Knutson, #234203
     lejf.knutson@mccormickbarstow.com
4  Nicholas H. Rasmussen, #285736
     nrasmussen@mccormickbarstow.com
5  Graham A Van Leuven, #295599
     graham.vanleuven@mccormickbarstow.com
6  7647 North Fresno Street
   Fresno, California 93720
7  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
8
   Attorneys for Defendant New York
9  Marine and General Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant. | Case No. CV 21-5832-GW-PDx<br><br>**ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

**GOOD CAUSE EXISTING,** it is hereby Ordered that the March 3, 2022 Scheduling Order is hereby Vacated, and the following modified scheduling order entered:

| | |
|---|---|
| Mediation Deadline: | January 31, 2023 |
| Mediation Status Report: | February 10, 2023 |
| Post-Mediation Status Conference | February 13, 2023 at 8:30 a.m. |
| Non-Expert Discovery: | February 24, 2023 |
| Expert Disclosure (Initial): | March 17, 2023 |
| Expert Disclosure (Rebuttal): | March 31, 2023 |
| Expert Discovery Cut-off: | April 14, 2023 |
| Motion Filing: | May 1, 2023 |
| Pre-trial Conference: | June 15, 2023 at 8:30 a.m. |
| Jury Trial: | June 27, 2023 at 9:00 a.m. |

**There will be no further continuances.**

**IT IS SO ORDERED.**

Dated: September 12, 2022

_____
Hon. George H. Wu
United States District Judge

8629370.1

---

1
[Proposed] Order on the Joint Stipulation and Application to Modify Scheduling Order