McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
 *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
 *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
 *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
 *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant and Counter-Claimant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>  Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22** |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>  Counter-Claimant<br><br>  v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>  Counter-Defendant | Date:     October 17, 2022<br>Time:     8:30 a.m.<br>Crtrm.:   9D<br><br>Hon. George H. Wu |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1
AMENDED PROOF OF SERVICE RE OPPOSITION TO MOTION TO CONSOLIDATE

|   |   |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,,<br><br>Plaintiff,<br><br>v.<br><br>Amber Heard, an individual,,<br><br>Defendant. | Case No. 2:22-cv-04685-GW-(PDx)<br><br>**AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22**<br><br>Date: October 17, 2022<br>Time: 8:30 a.m.<br>Crtrm.: 9D<br><br>Hon. George H. Wu |

Dated: September 20, 2022

                                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                By:     /s/ James P. Wagoner
                                     James P. Wagoner
                                     Lejf E. Knutson
                                 Nicholas H. Rasmussen
                                 Graham A. Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

8647636.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company / New York Marine v. Amber Heard**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On September 20, 2022, I served true copies of the following document(s) described as **AMENDED PROOF OF SERVICE RE OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE THIS ACTION WITH ACTION FILED BY DEFENDANT AND COUNTER-CLAIMANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED; DECLARATION OF JAMES P. WAGONER AND EXHIBIT FILED 9/19/22** on the interested parties in this action as follows:

| | |
|---|---|
| Mark D. Peterson<br>Kathleen O. Peterson<br>Amy Howse<br>Cates Peterson LLP<br>4100 Newport Place, Suite 230<br>Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>Email: markpeterson@catespeterson.com<br>kpeterson@catespeterson.com<br>ahowse@catespeterson.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA  90024<br><br>*Attorneys for Defendant Amber Heard*<br><br>*Via Email* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2022, at Fresno, California.

*/s/ Marisela Taylor*
Marisela Taylor

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

AMENDED PROOF OF SERVICE RE OPPOSITION TO MOTION TO CONSOLIDATE