MARK D. PETERSON (State Bar #126174)
*markpeterson@catespeterson.com*
KATHLEEN O. PETERSON (State Bar #124791)
*kpeterson@catespeterson.com*
AMY HOWSE (State Bar # 252922)
*ahowse@catespeterson.com*
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660

Attorneys for Plaintiff
TRAVELERS COMMERCIAL
INSURANCE COMPANY

JAMES P. WAGONER, #58553
*jim.wagoner@mccormickbarstow.com*
LEJF E. KNUTSON, #234203
*lejf.knutson@mccormickbarstow.com*
NICHOLAS H. RASMUSSEN, #285736
*nrasmussen@mccormickbarstow.com*
GRAHAM VAN LEUVEN, #295599
*graham.vanleuven@mccormickbarstow.com*
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300

Attorneys for Defendant New York
MARINE AND GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>　　　　Defendants. | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. MJ Patricia Donahue<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS** |

STIPULATION REGARDING AUTHENTICITY

Plaintiff Travelers Commercial Insurance Company and defendant New York Marine and General Insurance Company, by and through their undersigned counsel, hereby stipulate that, hereafter in this action, for trial and any other evidentiary proceeding, documents which were produced in this action by one of the parties or by a third party, containing a document identification number, are presumed to be authentic copies of what they appear to be.  Therefore, absent evidence casting doubt on the authenticity of a document, the parties stipulate that emails, letters, pleadings, and other documents (a) are deemed to be authentic copies of what they purport to be and (b) are deemed sent and received by the indicated people on the dates and times indicated on the face of the document.

It is so stipulated.

Dated: September 21, 2022

/s/ Mark D. Peterson
MARK D. PETERSON
Of CATES PETERSON LLP
Attorneys for Plaintiff
TRAVELERS COMMERCIAL INSURANCE COMPANY


/s/ James P. Wagoner
JAMES P. WAGONER
Of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Attorneys for Defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY

1
STIPULATION REGARDING AUTHENTICITY