MARK D. PETERSON (State Bar #126174)
KATHLEEN O. PETERSON (State Bar #124791)
AMY HOWSE (State Bar # 252922)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
markpeterson@catespeterson.com
kpeterson@catespeterson.com
ahowse@catespeterson.com

Attorneys for Plaintiff
TRAVELERS COMMERCIAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Case No.: 2:21-cv-5832-GW (PDx)<br>Hon. George H. Wu<br>Hon. M.J. Patricia Donahue<br><br>**DECLARATION OF KAYLA ROBINSON IN CONNECTION WITH TRAVLERS COMMERCIAL INSURANCE COMPANY'S MOTION TO CONSOLIDATE THIS ACTION FILED BY TRAVELERS WITH ACTION FILED BY DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED**<br><br>DATE:       October 20, 2022<br>TIME:        8:30 a.m.<br>Courtroom: 9D |

DECLARATION OF KAYLA ROBINSON

|  |  |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBER HEARD, an individual,<br><br>Defendant. | Case No. 2:22-cv-04685-GW (PDx)<br>Hon. George H. Wu<br>Hon. M.J. Patricia Donahue |

Plaintiff Travelers Commercial Insurance Company hereby files the declaration of Kayla Robinson, counsel for insured Amber Heard, in connection with Travelers' motion to consolidate the two pending insurance cases captioned above (Dkt. 66).

Dated: October 19, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Mark D. Peterson
　　　　　　　　　　　　　　　　　　MARK D. PETERSON
　　　　　　　　　　　　　　　　　　Of CATES PETERSON LLP
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　TRAVELERS COMMERCIAL
　　　　　　　　　　　　　　　　　　INSURANCE COMPANY

DECLARATION OF KAYLA ROBINSON