UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | October 20, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Maria Bustillos | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner, by telephone |

**PROCEEDINGS:** **PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY'S MOTION TO CONSOLIDATE THIS ACTION FILED BY TRAVELERS WITH ACTION FILED BY DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY AGAINST INSURED [66]**

The Court's Tentative Ruling on Plaintiff's Motion [66] was issued on October 18, 2022 [75]. Court and counsel confer. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiff's Motion is granted and this case is consolidated with *New York Marine & General Insurance Company v. Amber Heard*, No. 2:22-cv-04685-GW-PDx for pretrial purposes only.

The Court sets a scheduling conference for November 3, 2022 at 8:30 a.m., with a joint scheduling report by noon on October 31, 2022.

|  | : | 04 |
|---|---|---|
|  | Initials of Preparer | JG |