UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | November 1, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - COURT ORDER**

     The Court has received the stipulation and request for extension of time for Defendant Heard to respond to the first amended complaint in *New York Marine and General Insurance v. Heard*, CV-22-4685, ECF No. 23. The Court grants said request and Defendant Heard is given until November 21, 2022, to file her response.

     Previously, Case No. 22-4685 had been consolidated for pre-trial purposes with *Travelers Commercial Insurance Company v. New York Marine and General Insurance*, CV-21-5832, and a scheduling conference had been set for the consolidated matter on November 3, 2022. In light of the Court's granting Defendant Heard's request for additional time to file a response to the amended complaint, the November 3 scheduling conference is continued to November 21, 2022 at 8:30 a.m. If Defendant Heard files a motion to dismiss, the parties may stipulate to continue the November 27 scheduling conference to the date when the motion to dismiss will be heard.

|  | : |
|---|---|
| Initials of Preparer | JG |