UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | December 1, 2022 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Peterson | James P. Wagoner |

**PROCEEDINGS:**   TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. For reasons stated on the record, the scheduling conference is continued to January 23, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on January 18, 2023. The matter is stayed until January 23, 2023.

|  | : | 08 |
|---|---|---|
| Initials of Preparer | JG | |