UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-4685-GW-PDx | Date | December 1, 2022 |
| Title | *New York Marine and General Insurance Company v. Amber Heard* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James P. Wagoner | Nicholas H. Rasmussen |
| Mark D. Peterson, counsel for Movant | Kayla Robinson |

**PROCEEDINGS:**   TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. Defendant is allowed to file a motion re subject matter jurisdiction by January 5, 2023 and a motion for judgment on the pleadings and/or stay by January 13, 2023.

The scheduling conference is continued to January 23, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on January 18, 2023. The matter is stayed except as to discovery regarding jurisdiction until January 23, 2023.

                                                                                     : 08

Initials of Preparer   JG