# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
*Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Lisa Landen | 2a. Contact Phone Number: 559-433-2117 | 3a. Contact E-mail Address: lisa.landen@mccormickbarstow.com |
| 1b. Attorney Name (if different): James P. Wagoner | 2b. Attorney Phone Number: 559-433-1300 | 3b. Attorney E-mail Address: jim.wagoner@mccormickbarstow.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
McCormick, Barstow, Sheppard, Wayte & Carruth
7647 N. Fresno Street
Fresno, CA 93720

**5. Name & Role of Party Represented:** Attorney for New York Marine and General Insurance Company

**6. Case Name:** Travelers Commercial Ins Co. v. New York Marine & General Ins. Co.

**7a. District Court Case Number:** 2:21-cv-05832-GW-PD

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal [X] Non-Appeal   [ ] Criminal [X] Civil   [ ] CJA [ ] USA [ ] FPD [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2022 | 88 | George Wu | Scheduling Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Please contact our office if you have any questions. Thank you.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 5, 2022      Signature: *[signed]*

G-120 (06/18)