McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><hr>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY LEAVE TO FILE STIPULATED AMENDED ANSWER TO TRAVELERS' FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIM**<br><br>Hon. George H. Wu |

1  **GOOD CAUSE EXISTING,** it is Ordered that:

2  New York Marine and General Insurance Company may file the stipulated
3  Amended Answer to Travelers' First Amended Complaint and Amended
4  Counterclaim.

5  **IT IS SO ORDERED.**

6  DATED: January ___, 2022

_____
Hon. George H. Wu
United States District Court Judge

8688448.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On January 13, 2023, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY LEAVE TO FILE STIPULATED AMENDED ANSWER TO TRAVELERS' FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIM** on the interested parties in this action as follows:

| | |
|---|---|
| Mark D. Peterson<br>Kathleen O. Peterson<br>Amy Howse<br>Cates Peterson LLP<br>4100 Newport Place, Suite 230<br>Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>Email: markpeterson@catespeterson.com<br>kpeterson@catespeterson.com<br>ahowse@catespeterson.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br><br>*Attorneys for Non-Party Amber Heard* |

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 13, 2023, at Fresno, California.

/s/ Heather Ward
Heather Ward

---

[PROPOSED] ORDER ON NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM