McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant. | Case No. CV 21-5832-GW-PDx<br><br>**ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY LEAVE TO FILE STIPULATED AMENDED ANSWER TO TRAVELERS' FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIM**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

[PROPOSED] ORDER GRANTING NEW YORK MARINE LEAVE TO FILE STIPULATED AMENDED ANSWER TO TRAVELERS' FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIM

**GOOD CAUSE EXISTING,** it is Ordered that:

New York Marine and General Insurance Company may file the stipulated Amended Answer to Travelers' First Amended Complaint and Amended Counterclaim.

**IT IS SO ORDERED.**

DATED: January 18, 2023

*[signature]*

HON. GEORGE H. WU,
United States District Judge

8688448.1

---

1

[PROPOSED] ORDER GRANTING NEW YORK MARINE LEAVE TO FILE STIPULATED AMENDED ANSWER TO TRAVELERS' FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIM