Cates Peterson, LLP
Mark D. Peterson, #126174
  markpeterson@catespeterson.com
Kathleen O. Peterson, #124791
  kpeterson@catesopeterson.com
Amy Howse #252922
  ahowse@catespeterson.com
4100 Newport Place, Ste. 230
Newport Beach, CA 92660
Telephone:  (949) 724-1180

Attorneys for Plaintiff Travelers
Commercial Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:22-CV-04685-GW (PDx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY TO RESPOND TO AMENDED COUNTERCLAIM**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>　　　　Counter-Defendant | |

1      Pursuant to L.R. 8-3, Defendant and Counterclaimant New York Marine and
2 General Insurance Company ("NY Marine") and Plaintiff and Counter-Defendant
3 Travelers Commercial Insurance Company ("Travelers"), by and through their
4 respective attorneys of record, hereby stipulate that Travelers shall have a twenty-one
5 (21) day extension of time from February 6, 2023 to February 27, 2023 in which to
6 file its response to NY Marine's amended counterclaim.  This extension is necessary
7 due to the illness of lead counsel for Travelers.

       The parties have not previously stipulated to any extensions of time for
Travelers to respond to the Amended Counterclaim.

       This extension will not alter any date or event already scheduled by the Court.

1
JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TRAVELERS COMMERCIAL
INSURANCE COMPANY TO RESPOND TO AMENDED COUNTERCLAIM

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Travelers' time to respond to the amended counterclaim shall be extended to February 27, 2023.

Dated: January 31, 2023          CATES PETERSON, LLP

                                 By:      /s/ *Kathleen O. Peterson*
                                 Kathleen O. Peterson
                                 Attorneys for Plaintiff and Counterdefendant
                                 Travelers Commercial Insurance Company


Dated: January 31, 2023          McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP

                                 By:      /s/ *Nicholas H. Rasmussen*
                                 James P. Wagoner
                                 Lejf E. Knutson
                                 Nicholas H. Rasmussen
                                 Graham A. Van Leuven
                                 Attorneys for Defendant, Counterclaimant, and Plaintiff New York Marine and General Insurance Company

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Kathleen O. Peterson hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*