Cates Peterson, LLP
Mark D. Peterson, #126174
  markpeterson@catespeterson.com
Kathleen O. Peterson, #124791
  kpeterson@catesopeterson.com
Amy Howse #252922
  ahowse@catespeterson.com
4100 Newport Place, Ste. 230
Newport Beach, CA 92660
Telephone:  (949) 724-1180

Attorneys for Plaintiff Travelers
Commercial Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:22-CV-04685-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY TO RESPOND TO AMENDED COUNTERCLAIM**<br><br>Hon. George H. Wu |

ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TRAVELERS COMMERCIAL INSURANCE COMPANY TO RESPOND TO AMENDED COUNTERCLAIM

**ORDER**

Having considered the Stipulation to Extend Time for Plaintiff Travelers Commercial Insurance Company to Respond to Amended Counterclaim filed by Defendant and Counterclaimant New York Marine and General Insurance Company ("NY Marine") and Plaintiff and Counter-Defendant Travelers Commercial Insurance Company ("Travelers"), and finding good cause thereof, the stipulation is GRANTED.

IT IS HEREBY ORDERED THAT Travelers should answer or otherwise respond to NY Marine's amended counterclaim on or before February 27, 2023.

IT IS SO ORDERED.

Dated: _____      _____
UNITED STATES DISTRICT JUDGE