# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation<br><br>Plaintiff(s)<br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-CV-5832-GW (PDx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Travelers Commercial Insurance Company__   [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

to substitute __Nicholas J. Boos__ who is

[X] Retained Counsel     [ ] Counsel appointed by the Court (Criminal cases only)     [ ] Pro Se

__Two Embarcadero Center, Suite 1450__
*Street Address*

__San Francisco, CA  94111__                    __nboos@maynardcooper.com__
*City, State, Zip*                                         *E-Mail Address*

__415-646-4674__          __205-714-6415__          __233399__
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of __Mark D. Peterson (SBN: 126174), Kathleen O. Peterson (SBN: 124791), and__
*List **all** attorneys from same firm or agency who are withdrawing*
__Amy Howse (SBN: 252922)__

**is hereby**       [ ] **GRANTED**       [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge