# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation <br><br> Plaintiff(s) <br><br> v. <br><br> New York Marine and General Insurance Company, a Delaware Corporation <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:21-CV-5832-GW (PDx) <br><br> (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__Travelers Commercial Insurance Company__   [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

to substitute   __Nicholas J. Boos__   who is

[X] Retained Counsel     [ ] Counsel appointed by the Court (Criminal cases only)     [ ] Pro Se

__Two Embarcadero Center, Suite 1450__
*Street Address*

__San Francisco, CA  94111__                                   __nboos@maynardcooper.com__
*City, State, Zip*                                                             *E-Mail Address*

__415-646-4674__             __205-714-6415__             __233399__
*Telephone Number*           *Fax Number*                *State Bar Number*

as attorney of record instead of  __Mark D. Peterson (SBN: 126174), Kathleen O. Peterson (SBN: 124791), and__
*List **all** attorneys from same firm or agency who are withdrawing*
__Amy Howse (SBN: 252922)__

**is hereby**    [X] **GRANTED**        [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   __February 28, 2023__                         */s/ George H. Wu*
                                                       U. S. District Judge/~~U.S. Magistrate Judge~~