McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP**<br><br>Date:         May 11, 2023<br>Time:        8:30 a.m.<br>Judge:       Hon. George H. Wu<br>Courtroom: 9D |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>    Counter-Claimant<br><br>    v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

NY Marine's Request for Judicial Notice ISO its Motion to Disqualify Maynard Cooper & Gale, LLP

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York Marine and General Insurance Company ("New York Marine") hereby requests that the Court take judicial notice of the following documents and facts therein: (1) pertaining to the date of licensing of Matthew A. Chipman by the State Bar of California; (2) the number of attorneys in Maynard Coopers' San Francisco office; (3) the attorneys' respective statuses as "Partners", "Associates", or "Counsel"; and (4) the respective "practice groups" within Maynard Cooper with which each attorney is affiliated, which factsare not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Further, under Rule 201(c)(2), the Court "(2) must take judicial notice if a party requests it and the court is supplied with the necessary information."

True and correct copies of the following records relevant to the dispute between the parties, are filed contemporaneously herewith as attachments to the Declaration of James P. Wagoner, which, as set forth therein, were obtained from publicly available sources as stated and authenticated in the Declarations:

1.   A copy of the Attorney Profile for Matthew A. Chipman maintained by the State Bar of California, identifying his date of licensure in California, a true and correct copy of which is attached to the Declaration of James P. Wagoner as Exhibit 6 thereto.

2.   A copy of Maynard Cooper & Gale, LLP's webpage identifying the attorneys in its San Francisco Office as well as their status as Partners, Of Counsel, or Associates if the firm, a true and correct copy of which is attached to the Declaration of James P. Wagoner as Exhibit 7 thereto.

3.   Copies of Maynard Cooper & Gale, LLP's webpages for each of the attorneys in its San Francisco Office which identify each attorney's specialty as well as their status as Partners, Of Counsel, or Associates of the firm, true and correct copies of which are attached to the Declaration of James P. Wagoner as Exhibit 8.

Dated:  April 10, 2023    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: _____*/s/ James P. Wagoner*_____
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and
General Insurance Company

9021383.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 10, 2023, I served true copies of the following document(s) described as **NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP** on the interested parties in this action as follows:

| | |
|---|---|
| Nicholas J. Boos<br>Maynard Cooper & Gale<br>Two Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Telephone: (415) 646-4674<br>Email: nboos@maynardcooper.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br><br>*Attorneys for Non-Party Amber Heard* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward