McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF ELLEN FINE IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY TRAVELERS COMMERCIAL INSURANCE COMPANY'S COUNSEL, MAYNARD COOPER GALE, LLP**<br><br>Date:        May 11, 2023<br>Time:       8:30 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom:  9D |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>    Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

I, Ellen Fine, hereby declare as follows:

1. I am Senior Counsel and AVP at CoAction Specialty Management Company, Inc., an affiliate of New York Marine and General Insurance Company ("NY Marine"). As relevant here, in February 2022 my title was "Counsel, Coverage and Litigation".

2. In that capacity, my responsibilities include monitoring and overseeing coverage litigation involving claims asserted by or against NY Marine, and as such, am familiar with the litigation and claims asserted in this litigation. The following facts are based upon my personal knowledge, and if called as a witness I could and would testify competently to these facts under oath.

3. This Declaration is submitted in support of NY Marine's motion to disqualify Travelers Commercial Insurance Company's ("Travelers") counsel of record, Maynard Cooper Gale, LLP ("Maynard Cooper"), as a result of the ethical conflict created by its employment of an attorney who previously represented NY Marine in this same matter.

4. NY Marine has retained McCormick, Barstow, Shepherd, Wayte, and Carruth LLP firm ("McCormick Barstow") to represent it in certain matters. As of October 13, 2020, McCormick Barstow was retained on approximately 108 files.

5. NY Marine issued policy no. GL201800012500 to Under the Black Sky, Inc., and on which policy Amber Heard was also named as a Named Insured pursuant to a Named Insured Extension Schedule. On September 5, 2019, the policyholder provided notice to NY Marine of a suit entitled *John C. Depp, II v. Amber Laura Heard*, Circuit Court of Fairfax County, Virginia, Case no. CL-2019-0002911, brought by Ms. Heard's ex-husband, Mr. Johnny Depp, against Ms. Heard, an insured under the NY Marine policy. NY Marine extended a defense to Ms. Heard, subject to a reservation of its rights, in connection with the above claim. On October 13, 2020, NY Marine retained McCormick Barstow and attorneys James P. Wagoner and Nicholas H. Rasmussen to serve as coverage counsel in connection with the above

claim. Specifically, McCormick Barstow was retained to advise NY Marine regarding its obligations to the policyholder in connection with the defense it was providing. The firm was also retained to assist NY Marine in evaluating and responding to certain demands by Travelers Commercial Insurance Company ("Travelers") and by Mr. Jeremiah Reynolds, identified to NY Marine as Ms. Heard's personal counsel, demanding that NY Marine provide Ms. Heard with independent counsel instead of the law firm NY Marine retained to defend Ms. Heard.  NY Marine would subsequently learn that even though Mr. Reynold's was identified as Ms. Heard's "personal counsel", he had actually been retained and paid by Travelers in conjunction with the dispute it initiated with NY Marine—the very same claims which Travelers now litigates in this action.

6.  Although NY Marine retained McCormick Barstow some nine (9) months before Travelers filed its complaint initiating this litigation, its claims arise out of the same disputes and transactions for which NY Marine retained McCormick Barstow, and NY Marine considers the matters to be one and the same. By way of example, Travelers' discovery requests in this litigation have sought NY Marine's claims materials and correspondence in connection with the defense NY Marine provided to Ms. Heard in the Virginia litigation. (See, Declaration of James P. Wagoner, ¶ 6 , Ex. 1.)

7.  On February 23, 2022, I met with Messrs. Wagoner and Rasmussen in San Francisco. Following our meeting, we had dinner at the Boulevard Restaurant in San Francisco. Also in attendance at the dinner were Mr. Van Leuven and Mr. Chipman, whom I understood were employed as Associates at McCormick Barstow working with and under the supervision of Messrs. Wagoner and Rasmussen. During the course of the dinner, we discussed both the underlying litigation involving Ms. Heard and this litigation brought by Travelers. That discussion addressed various factual issues bearing on NY Marine's legal position, candid opinions and thoughts concerning actual or potential tactical and legal strategies for addressing both the

insured's and Travelers' claims respecting NY Marine's obligations to the insured in the underlying litigation in Virginia, as well as Travelers' and NY Marine's positions with respect to this litigation.

8. NY Marine understands that Mr. Chipman is now employed by Maynard Cooper, which has been recently retained by Travelers as counsel in this action. Because of the conflict created by its employment of an attorney who was directly involved in this litigation on behalf of NY Marine, NY Marine, through its counsel, requested that Maynard Cooper agree to withdraw from the representation and, following its refusal, brings this motion to disqualify that firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on April 10, 2023.

By: *Ellen Fine*
Ellen Fine

9019599.1

---

3
Declaration of Ellen Fine ISO NY Marine's Motion to Disqualify Maynard Cooper Gale, LLP

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 10, 2023, I served true copies of the following document(s) described as **DECLARATION OF ELLEN FINE IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY TRAVELERS COMMERCIAL INSURANCE COMPANY'S COUNSEL, MAYNARD COOPER GALE, LLP** on the interested parties in this action as follows:

| | |
|---|---|
| Nicholas J. Boos<br>Maynard Cooper & Gale<br>Two Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Telephone: (415) 646-4674<br>Email: nboos@maynardcooper.com<br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br>*Attorneys for Non-Party Amber Heard* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

Declaration of Ellen Fine ISO NY Marine's Motion to Disqualify Maynard Cooper Gale, LLP