McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF GRAHAM A. VAN LEUVEN IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP**<br><br>Date:     May 11, 2023<br>Time:    8:30 a.m.<br>Judge:   Hon. George H. Wu<br>Courtroom: 9D |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>    Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

I, Graham A. Van Leuven, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am admitted to practice in the United States District Court for the Central District of California. I am a member of the firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, and in that capacity, represent Defendant and Counterclaimant New York Marine and General Insurance Company ("NY Marine") in this action. The following facts are based upon my personal knowledge, and if called as a witness I could and would testify competently to these facts under oath.

2. This Declaration is submitted in support of NY Marine's motion to disqualify Travelers Commercial Insurance Company's ("Travelers") counsel of record, Maynard Cooper Gale, LLP ("Maynard Cooper").

3. On February 23, 2022, I attended a dinner at Boulevard Restaurant in San Francisco. In attendance at that dinner were Mr. Wagoner, Mr. Rasmussen, and Mathew A. Chipman (elsewhere referred to as "the Associate"), as well as Ellen Fine, then NY Marine's Counsel, Coverage and Litigation. During the course of the dinner, we discussed both the underlying Virginia litigation involving Ms. Heard, as well as Travelers' suit against NY Marine—this action. That discussion included discussion of relevant facts either known or sought to be proven, as well as the strengths and weaknesses of various arguments and strategies (or potential arguments and strategies) of Travelers and NY Marine.

4. During Mr. Chipman's tenure with McCormick Barstow, I had several one-on-one conversations with him in which we discussed other cases Mr. Chipman or I were working on. In several of those conversations, I used legal arguments raised or considered by the parties to this action as examples to demonstrate potential applications of legal issues.

5. I am also aware that during his tenure with McCormick Barstow, Mr. Chipman was present, either as a direct participant or as a listener, for innumerable conversations in which relevant confidential information was discussed, including but

not limited to: (1) discussion of facts known or sought to be discovered; (2) concerning the relative strengths and weaknesses of actual or potential legal arguments advanced by the parties; (3) concerning the value and credibility of potential witnesses; and (4) discussions and debates regarding NY Marine's legal theories and strategies or potential strategies pertaining to the underlying coverage dispute and this litigation as well as those asserted by Travelers or which might be asserted by Travelers.

6.  On March 1, 2023, I received an ECF service copy of the Court's "Order on Request for Approval of Substitution of Attorney Or Withdrawal of Attorney" which identified Nicholas J. Boos as "retained counsel" for Travelers in place of its previous counsel. I recognized that Maynard Cooper was now Mr. Chipman's employer, and moreover, that he was employed in Maynard Cooper's San Francisco office, under the apparently direct supervision of that office's Managing Partner, Mr. Boos. I alerted my partner, Mr. Rasmussen, of those facts on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fresno, California, on April 10, 2023.

By: _____*/s/ Graham A. Van Leuven*_____
　　　　　Graham A. Van Leuven

9019817.1

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 10, 2023, I served true copies of the following document(s) described as **DECLARATION OF GRAHAM A. VAN LEUVEN IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP** on the interested parties in this action as follows:

| | |
|---|---|
| Nicholas J. Boos<br>Maynard Cooper & Gale<br>Two Embarcadero Center, Suite 1450<br>San Francisco, CA  94111<br>Telephone: (415) 646-4674<br>Email: nboos@maynardcooper.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br><br>*Attorneys for Non-Party Amber Heard* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

Declaration of Graham A. Van Leuven ISO NY Marine's Motion to Disqualify Maynard Cooper & Gale, LLP