McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>　　　　Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF LEJF E. KNUTSON IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP**<br><br>Date:　　　　May 11, 2023<br>Time:　　　　8:30 a.m.<br>Judge:　　　Hon. George H. Wu<br>Courtroom:　9D |

I, Lejf E. Knutson, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am admitted to practice in the United States District Court for the Central District of California. I am a member of the firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, and in that capacity, represent Defendant and Counterclaimant New York Marine and General Insurance Company ("NY Marine") in this action. The following facts are based upon my personal knowledge, and if called as a witness I could and would testify competently to these facts under oath.

2. This Declaration is submitted in support of NY Marine's motion to disqualify Travelers Commercial Insurance Company's ("Travelers") counsel of record, Maynard Cooper & Gale, LLP ("Maynard Cooper").

3. McCormick Barstow's coverage group is a relatively small and close-knit group; this was a high-profile matter, and it was routinely discussed within the practice group. I am aware that during his tenure with McCormick Barstow, Mr. Chipman was part of conversations with other senior attorneys in the coverage group in which relevant confidential information regarding the both the underlying litigation involving Ms. Heard, as well as this coverage litigation between Travelers and NY Marine were discussed. These included conversations which addressed: (1) the facts of this coverage action and/or the underlying action and NY Marine's evaluation thereof; (2) the relative strengths and weaknesses of actual or potential legal arguments advanced by the parties in both this coverage action and the underlying action involving Ms. Heard out of which this litigation arises; and (3) discussions and debates regarding NY Marine's legal theories and strategies and/or potential strategies pertaining to the underlying coverage dispute and this litigation, as well as those asserted by Travelers or which might be asserted by Travelers.

4. As an example, and as referred to in the concurrently filed and supporting declaration of Mr. Nicholas H. Rasmussen at paragraph 7, I took part in a camping trip during the Summer of 2021 during which Mr. Chipman was present for extended

around-the-campfire discussion between myself, Mr. Wagoner and Mr. Rasmussen regarding this litigation, during which we discussed NY Marine's litigation strategy and the facts needed to develop and prove NY Marine's legal positions.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fresno, California, on April 10, 2023.

By: _*/s/ Lejf E. Knutson*_
Lejf E. Knutson

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April 10, 2023, I served true copies of the following document(s) described as **DECLARATION OF LEJF E. KNUTSON IN SUPPORT OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP** on the interested parties in this action as follows:

| | |
|---|---|
| Nicholas J. Boos<br>Maynard Cooper & Gale<br>Two Embarcadero Center, Suite 1450<br>San Francisco, CA  94111<br>Telephone: (415) 646-4674<br>Email: nboos@maynardcooper.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br><br>*Attorneys for Non-Party Amber Heard* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

Declaration of Lejf Knutson ISO NY Marine's Motion to Disqualify Maynard Cooper & Gale LLP