1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | James P. Wagoner, #58553
   *jim.wagoner@mccormickbarstow.com*
3 | Lejf E. Knutson, #234203
   *lejf.knutson@mccormickbarstow.com*
4 | Nicholas H. Rasmussen, #285736
   *nrasmussen@mccormickbarstow.com*
5 | Graham A Van Leuven, #295599
   *graham.vanleuven@mccormickbarstow.com*
6 | 7647 North Fresno Street
Fresno, California 93720
7 | Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>Counter-Claimant<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>**[PROPOSED] ORDER GRANTING NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP**<br><br>Date: May 11, 2023<br>Time: 8:30 a.m.<br>Crtrm.: 9D<br><br>Hon. George H. Wu |

1  On May 11, 2023, at 8:30 a.m., Defendant and Counter-Claimant New York Marine and General Insurance Company's ("NY Marine") Motion To Disqualify Maynard Cooper Gale, LLP came on regularly for hearing in Courtroom 9D of the United States District Court for the Central District of California before the Honorable George H. Wu, Judge presiding. Present at the hearing were counsel for NY Marine, James P. Wagoner and Nicholas H. Rasmussen, and for Plaintiff and Counter-Claimant Travelers Commercial Insurance Company ("Travelers") was Nicholas J. Boos.

Having read and considered NY Marine's Motion to Disqualify Maynard Cooper & Gale, LLP, its supporting and related papers, the Opposition filed by Travelers, and oral argument of the parties thereon, it is hereby **ORDERED THAT**:

Attorney Nicholas J. Boos and Maynard Cooper & Gale, LLP are hereby disqualified from representing Plaintiff and Counter-defendant Travelers Commercial Insurance Company in the present litigation due to the manifest conflict represented by their employment of an Associate attorney who previously represented Defendant and Counter-Claimant New York Marine and General Insurance Company, and who in that capacity and otherwise, obtained it confidential information concerning and in connection with the insurance coverage dispute out of which the present litigation arises, as well as concerning this litigation.

**IT IS SO ORDERED.**

DATED: April ___, 2023

_____
George H. Wu
United States District Judge

9039610.1