NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Plaintiff and Counter-Defendant
TRAVELERS COMMERCIAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>　　　　Defendant.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>　　　　Counter-Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF MATTHEW A. CHIPMAN IN SUPPORT OF TRAVELERS COMMERCIAL INSURANCE COMPANY'S OPPOSITION TO MOTION TO DISQUALIFY**<br><br>Date: May 11, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

I, Matthew A. Chipman, declare as follows:

　　　1.　　I am an associate with Maynard Nexsen LLP. This declaration is submitted in support of Travelers Commercial Insurance Company's ("Travelers") Opposition To Motion To Disqualify. I have personal knowledge of the facts stated

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY**

in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

2. I worked for McCormick, Barstow, Sheppard, Wayte & Carruth LLP ("McCormick Barstow") as a "Summer Associate" from approximately May 28, 2019 through August 1, 2019. At that time I was not a licensed attorney. This employment was between my second year and third year of law school.

3. Following graduation from law school, I became an associate at McCormick Barstow. My employment began on or about October 13, 2020. At this time I was not a licensed attorney.

4. I became a licensed attorney on January 13, 2021, when I was admitted to the California Bar.

5. As an associate, I assisted McCormick Barstow's partners on projects to which I was assigned.

6. I left the employ of McCormick Barstow on April 1, 2022.

7. I began my employment as an associate of Maynard Cooper & Gale LLP[1] on April 11, 2022.

8. On February 18, 2023 I received a telephone call from Nicholas J. Boos. During this call, Mr. Boos informed me that Maynard was seeking to evaluate conflicts related to the representation of Travelers in the instant litigation. Mr. Boos asked me if I had performed work on the instant litigation while at McCormick Barstow, as McCormick Barstow represented New York Marine and General Insurance Company ("NY Marine") in the matter. I responded that I was aware that McCormick Barstow represented NY Marine in the matter, but that I had no recollection of performing any work on the matter. Mr. Boos advised that I would not be performing any work on the matter on behalf of Travelers.

---

[1] Maynard Cooper & Gale LLP recently became Maynard Nexsen LLP. The law firm is referred to herein as "Maynard."

9. Prior to this February 18, 2023 telephone conversation, I did not know that Maynard had been contacted about representing Travelers in the instant matter.

10. I have not performed any work on the instant litigation at Maynard and have not reviewed any documents related to the instant litigation that are in Maynard's possession. I have not discussed any substantive details of the instant litigation—including but not limited to any confidential information—with anyone at Maynard.

11. I do not recall performing any work on the instant litigation—or on the matter before litigation was initiated—while employed at McCormick Barstow. I do not recall billing any time in working on the instant litigation—or the matter before litigation was initiated—while employed at McCormick Barstow. I do not recall being included in any phone calls or emails with any representatives of NY Marine in which the instant litigation—or the matter before litigation was initiated—while employed at McCormick Barstow.

12. I recall attending a dinner with a representative of NY Marine while I was employed by McCormick Barstow, but have no recollection of what was discussed.

13. I attended a camping trip with some members of McCormick Barstow in 2021, but I have no recollection of discussing the instant litigation or the matter before litigation was initiated.

14. Between January 13, 2021 and April 1, 2022 (the date I left McCormick Barstow), I recall billing approximately 2,000 hours on matters in which McCormick Barstow had been retained as counsel. As noted above, I have no recollection of having billed any time on the instant litigation—or the matter before litigation was initiated—while employed at McCormick Barstow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 20, 2023 at San Francisco, California.

3

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Matthew A. Chipman*

Matthew A. Chipman

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY**

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DECLARATION OF MATTHEW A. CHIPMAN IN SUPPORT OF TRAVELERS COMMERCIAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof to the persons below at the email addresses below:

James P. Wagoner, #58553
jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
graham.vanleuven@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Tel: (559) 433-1300
Fax: (559) 433-2300

*Attorneys for Defendant New York Marine and General Insurance Company*

Kirk Pasich
kpasich@pasichllp.com
Kayla Robinson
krobinson@pasichllp.com
PASICH LLP
10880 Wilshire blvd., Suite 200
Los Angeles, CA 90024
Tel: (424) 313-7860

*Attorneys for Non-Party Amber Heard*

[X]   **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY**

Executed on April 20, 2023 in San Francisco, California.

_____
Brian Recinos