NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Plaintiff and Counter-Defendant
TRAVELERS COMMERCIAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>              Defendant.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>              Counter-Claimant,<br><br>     v.<br><br>Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>              Counter-Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**DECLARATION OF NICHOLAS J. BOOS IN SUPPORT OF TRAVELERS COMMERCIAL INSURANCE COMPANY'S OPPOSITION TO MOTION TO DISQUALIFY**<br><br>Date: May 11, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

I, Nicholas J. Boos, declare as follows:

1. I am a partner with Maynard Nexsen LLP ("Maynard"), counsel of record for plaintiff and counter-defendant Travelers Commercial Insurance Company ("Travelers"). This declaration is submitted in support of Travelers'

Opposition To Motion To Disqualify. I have personal knowledge of the facts stated in this declaration of the facts stated in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

2. Until February 28, 2023, Travelers was represented in this matter by Mark D. Peterson, Kathleen O. Peterson, and Amy Howse of Cates Peterson, LLP.

3. On February 17, 2023, a representative of Travelers contacted me regarding the possibility of assuming representation of Travelers in the instant matter.

4. On February 18, 2023, in order to determine the potential existence of a conflict of interest, I telephoned Matthew A. Chipman due to his former employment at McCormick, Barstow, Sheppard, Wayte & Carruth LLP ("McCormick Barstow"). During this phone call, Mr. Chipman advised that he was aware that McCormick Barstow represented New York Marine and General Insurance Company ("NY Marine") in the matter that is the subject of this litigation but that he had no recollection of performing any work on the matter. During this call, I informed Mr. Chipman that he would not be working on the matter.

5. Although Mr. Chipman had no recollection of working on the matter, by March 9, 2023 Maynard implemented a "technological screen" applicable to Mr. Chipman and the instant matter. Through the use of Maynard's systems, Mr. Chipman is unable to access through his computer any files or other information stored electronically by Maynard related to this matter.

6. Maynard does not possess any non-electronically stored information related to the instant litigation.

7. On March 9, 2023, I informed—via email—all Maynard staff who might be expected to perform work on the litigation of this matter that Mr. Chipman was "walled off" from any and all information pertaining to that matter, meaning he should have no access to any file materials relating to that matter and no employee

2

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY

of Maynard should communicate with him regarding the matter. The relevant staff will be reminded of Mr. Chipman's exclusion from this matter every 60 days.

8. Mr. Chipman is paid via a salary and bonus structure such that he will not receive compensation from Maynard directly related to this matter.

9. Maynard is a law firm made up of approximately 550 attorneys in 23 offices throughout the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 20, 2023 at Las Vegas, Nevada.

*/s/ Nicholas J. Boos*
Nicholas J. Boos

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DECLARATION OF NICHOLAS J. BOOS IN SUPPORT OF TRAVELERS COMMERCIAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof to the persons below at the email addresses below:

James P. Wagoner, #58553
jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
lejf.knutson@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
nrasmussen@mccormickbarstow.com
Graham A Van Leuven, #295599
graham.vanleuven@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Tel: (559) 433-1300
Fax: (559) 433-2300

*Attorneys for Defendant New York Marine and General Insurance Company*

Kirk Pasich
kpasich@pasichllp.com
Kayla Robinson
krobinson@pasichllp.com
PASICH LLP
10880 Wilshire blvd., Suite 200
Los Angeles, CA 90024
Tel: (424) 313-7860

*Attorneys for Non-Party Amber Heard*

**[X]    BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISQUALIFY**

1     Executed on April 20, 2023 in San Francisco, California.

_____
Brian Recinos