1   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2   James P. Wagoner, #58553
      *jim.wagoner@mccormickbarstow.com*
3   Lejf E. Knutson, #234203
      *lejf.knutson@mccormickbarstow.com*
4   Nicholas H. Rasmussen, #285736
      *nrasmussen@mccormickbarstow.com*
5   Graham A Van Leuven, #295599
      *graham.vanleuven@mccormickbarstow.com*
6   7647 North Fresno Street
    Fresno, California 93720
7   Telephone:   (559) 433-1300
    Facsimile:   (559) 433-2300
8
    Attorneys for Defendant New York
9   Marine and General Insurance Company

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| 13  Travelers Commercial Insurance Company, a Connecticut Corporation, | Case No. 2:21-cv-5832-GW (PDx) |
| 14                          Plaintiff, | **NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISQUALIFY MAYNARD NEXSEN, LLP** |
| 15           v. | |
| 16  New York Marine and General Insurance Company, a Delaware Corporation, | |
| 17 | Date:        May 11, 2023 |
| 18                          Defendant. | Time:        8:30 a.m. |
| 19 | Judge:      Hon. George H. Wu |
| 20  New York Marine and General Insurance Company, a Delaware corporation | Courtroom:  9D |
| 21 | |
| 22                  Counter-Claimant | |
| 23           v. | |
| 24  Travelers Commercial Insurance Company, a Connecticut corporation, | |
| 25 | |
| 26  Counter-Defendant | |

27

28

1    TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2    Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendant New York

3 Marine and General Insurance Company ("New York Marine") hereby requests that

4 the Court take judicial notice of the following documents and facts therein: (1) the

5 Executive Summary of the State Bar of California concerning the adoption and

6 modification of California Rule of Professional Conduct 1.10 and comments thereto

7 noting that "[t]he Commission also added a citation to *Kirk* [] to the cases listed" in

8 order to provide further guidance following the public comment period on the initial

9 proposed rule; and (2) pertaining to the date of licensing of Nicholas J. Boos by the

10 State Bar of California, establishing that he has been a licensed California attorney

11 since 2004.

12    True and correct copies of the following records relevant to the dispute between

13 the parties, are filed contemporaneously herewith as attachments to the Supplemental

14 Declaration of Nicholas H. Rasmussen, which, as set forth therein, were obtained

15 from publicly available sources as stated and authenticated in the Declarations:

16    1.    A copy of the "Executive Summary" of the Commission of the

17 California State Bar concerning the adoption and modification of California Rule of

18 Professional Conduct 1.10 and comments thereto, a true and correct copy of which is

19 attached to the Supplemental Declaration of Nicholas H. Rasmussen as Exhibit 1

20 thereto.

21    2.    A copy of the Attorney Profile for Nicholas J. Boos maintained by the

22 State Bar of California, identifying his date of licensure in California, establishing

23 that he has been a licensed California attorney since 2004, a true and correct copy of

24 which is attached to the Supplemental Declaration of Nicholas H. Rasmussen as

25 Exhibit 2 thereto.

26

27

28

NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF ITS MOTION TO DISQUALIFY MAYNARD NEXSEN, LLP

1

Dated:  April 27, 2023

2

3

4

5

6

7

8

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____ */s/ James P. Wagoner* _____
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and
General Insurance Company

9075765.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## <u>PROOF OF SERVICE</u>

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

       At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

       On April 27, 2023, I served true copies of the following document(s) described as **NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISQUALIFY MAYNARD NEXSEN, LLP** on the interested parties in this action as follows:

Nicholas J. Boos
Maynard Cooper & Gale
Two Embarcadero Center, Suite 1450
San Francisco, CA  94111
Telephone: (415) 646-4674
Email: nboos@maynardcooper.com

*Attorneys for Plaintiff Travelers Commercial Insurance Company*

Kirk Pasich
Kayla Robinson
Pasich LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, CA 90024
Telephone: (424) 313-7860
Email: kpasich@pasichllp.com
krobinson@pasichllp.com

*Attorneys for Non-Party Amber Heard*

       **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       Executed on April 27, 2023, at Fresno, California.


                         */s/ Heather Ward*
                         Heather Ward