UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | May 11, 2023 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas J. Boos | Nicholas H. Rasmussen |

**PROCEEDINGS:   NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S MOTION TO DISQUALIFY MAYNARD COOPER & GALE, LLP [106]**

The Court's Tentative Ruling on the above-entitled Motion [106] was issued on May 10, 2023 [113]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Motion is GRANTED.

The Court sets a status conference for June 15, 2023 at 8:30 a.m., with a status report to be filed by June 13, 2023.

|  | : | 22 |
|---|---|---|
| | Initials of Preparer | JG |