**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation <br><br> Plaintiff(s) <br><br> v. <br><br> New York Marine and General Insurance Company, a Delaware Corporation <br><br> Defendant(s) | CASE NUMBER <br><br> 2:21-cv-05832-GW-PD <br><br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Travelers Commercial Insurance Co.    [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute John T. Brooks who is

[x] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

Sheppard, Mullin, Richter & Hampton LLP, 501 W. Broadway, 19th floor
*Street Address*

San Diego, CA 92101                           jbrooks@sheppardmullin.com
*City, State, Zip*                             *E-Mail Address*

619-338-6500              619-234-3815                167993
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of  Nicholas J. Boos, Maynard Nexsen LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    [ ] GRANTED    [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                           U. S. District Judge/U.S. Magistrate Judge