# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation<br>Plaintiff(s)<br>v.<br>New York Marine and General Insurance Company, a Delaware Corporation<br>Defendant(s) | **CASE NUMBER**<br>2:21-cv-05832-GW-PD<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Travelers Commercial Insurance Co.     [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute **John T. Brooks** who is

[x] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

Sheppard, Mullin, Richter & Hampton LLP, 501 W. Broadway, 19th floor
*Street Address*

San Diego, CA 92101                           jbrooks@sheppardmullin.com
*City State Zip*                              *E-Mail Address*

619-338-6500            619-234-3815                167993
*Telephone Number*       *Fax Number*               *State Bar Number*

as attorney of record instead of Nicholas J. Boos, Maynard Nexsen LLP
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**    [x] GRANTED    [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 25, 2023

*[signature: George H. Wu]*
U. S. District Judge/~~U.S. Magistrate Judge~~