1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Lejf E. Knutson, #234203
     *lejf.knutson@mccormickbarstow.com*
4  Nicholas H. Rasmussen, #285736
     *nrasmussen@mccormickbarstow.com*
5  Graham A Van Leuven, #295599
     *graham.vanleuven@mccormickbarstow.com*
6  7647 North Fresno Street
   Fresno, California 93720
7  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
8
   Attorneys for Defendant, Counterclaimant
9  and Plaintiff New York Marine and
   General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>          Defendant.<br><br>New York Marine and General Insurance Company, a Delaware corporation<br><br>          Counter-Claimant<br><br>     v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>          Counter-Defendant | Case No. 2:21-cv-5832-GW (PDx)<br><br>Consolidated for Pre-Trial Purposes with 2:22-CV-04685-GW (PDx)<br><br>**JOINT STATUS REPORT AND REQUEST FOR MODIFIED SCHEDULING ORDER**<br><br>Hon. George H. Wu |

Pursuant to the Court's May 11, 2023 Order, Plaintiff and Counter-defendant Travelers Commercial Insurance Company ("Travelers"), Defendant, Counter-claimant, and Plaintiff New York Marine and General Insurance Company's ("NY Marine"), and Defendant Amber Heard have met and conferred with regard to scheduling for this matter and by and through their undersigned counsel, and hereby submit this Joint Scheduling Report.

On May 11, 2023, the Court granted a motion to disqualify Travelers' counsel. (Doc. 114.) Travelers retained new counsel and on May 25, 2023, the Court granted Travelers' Request for Approval of Substitution of Counsel. (Doc. 116). Since then, Travelers and NY Marine have agreed to mediate their dispute on August 21, 2023, with Ralph O. Williams, III at JAMS, Inc. As stated in the pending motion for judgment on the pleadings (Case No. 2:22-CV-04685, Doc. 55), Ms. Heard contends that there are no further issues to be resolved between Ms. Heard and NY Marine and the case should be dismissed. However, Ms. Heard does not oppose the proposed pretrial timeline.

For its part, NY Marine agrees to the proposed schedule as set forth below. However, NY Marine disagrees that "there are no further issues to be resolved between" itself and Ms. Heard. Additionally, on March 28, 2023 NY Marine propounded special interrogatories and requests for production on Ms. Heard in the *New York Marine v. Amber Heard* action, responses to which were due on April 27, 2023. On April 24, 2023, Heard requested a 45-day extension of time, to June 8, 2023, in which to respond to NY Marine's discovery requests. On April 25, 2023, NY Marine granted the requested extension. On June 8, 2023, Heard served responses to NY Marine's special interrogatories and requests for production solely with objections on the grounds that "there are no remaining issues in dispute between the parties." Because NY Marine's claims against Heard remain live, NY Marine anticipates that it will be filing a motion to compel if its meet and confer efforts do not result in Ms. Heard's agreement to promptly provide substantive responses to the

interrogatories and requests for production propounded upon her.

In light of the foregoing, the parties propose the following pretrial timeline:

| Date | Event |
| --- | --- |
| 08/31/2023 | Deadline to hold private mediation |
| 09/15/2023 | Deadline to notify court of result of mediation in joint report regarding settlement |
| 09/26/2023 | Post-Mediation Status Conference |
| 11/17/2023 | Non-Expert Discovery Cut-Off |
| 12/01/2023 | Expert Disclosure (Initial) |
| 12/22/2023 | Expert Disclosure (Rebuttal) |
| 02/02/2024 | Expert Discovery Cut-Off |
| 03/01/2024 | Last day to file all motions (including discovery motions) |
| 04/29/2024 | Pre-Trial Conference |

Dated:  June 13, 2023                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Jeffrey V. Commisso*
John T. Brooks
Jeffrey V. Commisso
Andrea S. Warren
Attorneys for Plaintiff and Counterdefendant
Travelers Commercial Insurance Company

| | |
|---|---|
| Dated: June 13, 2023 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:    */s/ James P. Wagoner* |
| | James P. Wagoner |
| | Lejf E. Knutson |
| | Nicholas H. Rasmussen |
| | Graham A. Van Leuven |
| | Attorneys for Defendant, Counterclaimant, and Plaintiff New York Marine and General Insurance Company |
| DATED: June 13, 2023 | PASICH LLP |
| | By:    /s/ Kayla Robinson |
| | Kirk Pasich |
| | Kayla Robinson |
| | Owen Monkemeier |
| | Attorneys for Defendant Amber Heard |

9165006.1

# PROOF OF SERVICE

**New York Marine and General Insurance Company v. Amber Heard**
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On June 13, 2023, I served true copies of the following document(s) described as **JOINT STATUS REPORT AND REQUEST FOR MODIFIED SCHEDULING ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2023, at Fresno, California.

*/s/ Heather Ward*
Heather Ward

---

JOINT STATUS REPORT AND REQUEST FOR MODIFIED SCHEDULING ORDER

**SERVICE LIST**
*New York Marine and General Insurance Company v. Amber Heard*
**USDC Central District of California, Case No. 2:22-cv-04685-GW-PD**

| | |
|---|---|
| Kayla Robinson<br>Kirk A. Pasich<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Telephone: (424) 313-7890<br>krobinson@pasichllp.com<br>kpasich@pasichllp.com | *Attorneys for Defendant and Counter Claimant Amber Heard* |
| John T. Brooks<br>Jeffrey V. Commisso<br>Andrea S. Warren<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6500<br>Email: jbrooks@sheppardmullin.com<br>Email: jcommisso@sheppardmullin.com<br>Email: awarren@sheppardmullin.com | *Courtesy Copy – Via Email*<br><br>*Attorneys for Plaintiff and Counterclaimant Travelers Commercial Insurance Company in USDC Central District Case No. 2:21-cv-05832-GW, consolidated for pre-trial purposes* |