UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-5832-GW-PDx**<br>CV 22-4685-GW-PDx | Date | June 14, 2023 |
|---|---|---|---|

| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company*<br>*New York Marine and General Insurance Company v. Amber Heard* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – SCHEDULING ORDER**

The Court has received the parties' Joint Status Report (ECF No. 120). Based thereon, the June 15, 2023 status conference is taken off-calendar. The Court adopts only some of the dates proposed by the parties and sets the following schedule for the remainder of this litigation.

| DATE | EVENT |
|---|---|
| August 31, 2023 | Deadline to hold private mediation |
| September 5, 2023 | Deadline to notify court of result of mediation in joint report regarding settlement |
| September 7, 2023 at 8:30 a.m. | Post-Mediation Status Conference |
| October 19, 2023 | Non-Expert Discovery Cut-Off (including hearing any discovery motions) |
| November 2, 2023 | Expert Disclosure (Initial) |
| November 30, 2023 | Expert Disclosure (Rebuttal) |
| December 20, 2023 | Expert Discovery Cut-Off |
| January 29, 2024 | Last day to hear any motions (other than motions in limine) |
| February 15, 2024 at 8:30 a.m. | Pre-Trial Conference |
| February 27, 2024 at 9:00 a.m. | Jury Trial |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 21-5832-GW-PDx<br>CV 22-4685-GW-PDx | Date | June 14, 2023 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company*<br>*New York Marine and General Insurance Company v. Amber Heard* | Page | 2 of 2 |