UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | August 14, 2023 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James P. Wagoner<br>MOVANT: Andrea S. Warren | Kayla Robinson |

**PROCEEDINGS:** **PLAINTIFF NEW YORK MARINE'S MOTION FOR JUDGMENT ON THE PLEADINGS [59]; AND DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [55] in CV 22-4685-GW-PDx**

The Court's Tentative Ruling on the above-entitled Motions was issued on August 10, 2023 [74]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The above-entitled Motions are GRANTED with leave to amend. Plaintiff will have two weeks from the date of this order to file an amended complaint.

Court and counsel confer re scheduling. All previously set deadlines and hearing dates in this matter and related matter *New York Marine and General Insurance Company v. Amber Heard*, CV 22-4685-GW-PDx, are taken off-calendar.

The Court sets a scheduling conference for September 25, 2023 at 8:30 a.m. The parties are to file a joint report by noon on September 20, 2023.

| | : | 01 |
|---|---|---|
| Initials of Preparer | JG | |