SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN T. BROOKS, Cal Bar No. 167793
jbrooks@sheppardmullin.com
JEFFREY V. COMMISSO, Cal Bar No. 191267
jcommisso@sheppardmullin.com
ANDREA S. WARREN, Cal Bar No. 327033
awarren@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815

Attorneys for Plaintiff Travelers
Commercial Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MAINE AND GENERAL INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-05832-GW-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:   December 12, 2023 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff Travelers Commercial Insurance Company ("Plaintiff") and Defendant New York Marine and General Insurance Company ("Defendant") (collectively, the "Parties"), by and through their counsel, have reached a settlement in principle of the above-captioned matter.

The Parties are currently in the process of drafting the necessary settlement documents. The Parties respectfully request that all dates and impending deadlines be vacated by the Court. The Parties will immediately file a Stipulation of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) once the terms of the settlement have been fulfilled.

Dated:  September 8, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Jeffrey V. Commisso
          JEFFREY V. COMMISSO

Attorneys for Plaintiff Travelers Commercial Insurance Company