UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5832-GW-PDx | Date | September 8, 2023 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On September 8, 2023, Plaintiff Travelers Commercial Insurance Company filed a Notice of Settlement. The Court hereby vacates all currently set dates, and sets an order to show re: settlement hearing for November 9, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 8, 2023.

:

Initials of Preparer    JG