UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-5832-GW-PDx | Date | November 9, 2023 |
|---|---|---|---|
| Title | *Travelers Commercial Insurance Company v. New York Marine and General Insurance Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrea S. Warren | James P. Wagoner |
| | Nicholas H. Rasmussen |

**PROCEEDINGS:**    TELEPHONIC ORDER TO SHOW CAUSE RE SETTLEMENT

Court and counsel confer. Settlement is being finalized. The Court continues the hearing to November 30, 2023 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on November 27, 2023.

: 02

Initials of Preparer    JG