McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant New York
Marine and General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Travelers Commercial Insurance Company, a Connecticut Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>New York Marine and General Insurance Company, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-5832-GW (PDx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu |
| New York Marine and General Insurance Company, a Delaware corporation<br><br>　　　　Counter-Claimant<br><br>　　v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation,<br><br>Counter-Defendant | |

Consistent with the Court's November 9, 2023 Minute Order, the Travelers Commercial Insurance Company ("Travelers") and New York Marine and General Insurance Company ("NY Marine") (collectively, "the Parties") have engaged in further discussions and have recently reached a resolution of the issues relating to the proposed settlement of this action.

The Parties anticipate that they will have a fully executed settlement agreement and release within fourteen (14) days. The parties further anticipate that entry of a request for dismissal shall be filed within fifty-five (55) days thereafter.

Dated: November 27, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/James P. Wagoner
James P. Wagoner
Lejf E. Knutson
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for Defendant New York Marine and General Insurance Company

Dated: November 27, 2023

SHEPPARD, MULLIN, RICHER & HAMPTON, LLP

By: /s/Jeffrey Commisso
John T. Brooks
Jeffrey Commisso
Andrea S. Warren
Attorneys for Plaintiff Travelers Commercial Insurance Company

# PROOF OF SERVICE

**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On November 27, 2023, I served true copies of the following document(s) described as  on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2023, at Fresno, California.

Nicholas H. Rasmussen

**SERVICE LIST**
**Travelers Commercial Insurance Company v. New York Marine and General Insurance Company**
**Case No. 2:21-cv-5832-GW (PDx)**

| | |
|---|---|
| John T. Brooks<br>Andrea S. Warren<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA  92101<br>Telephone:  (619) 338-6500<br>Email:  jbrooks@sheppardmullin.com<br>Email:  awarren@sheppardmullin.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | *Via Email*<br><br>Kirk Pasich<br>Kayla Robinson<br>Pasich LLP<br>10880 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90024<br>Telephone: (424) 313-7860<br>Email: kpasich@pasichllp.com<br>krobinson@pasichllp.com<br><br>*Attorneys for Non-Party Amber Heard* |
| Jeffrey V. Commisso<br>Sheppard, Mullin, Richter & Hampton LLP<br>501 W. Broadway, 18th Floor<br>San Diego, CA  92101<br>Telephone:  (619) 338-6500<br>Email: jcommisso@sheppardmullin.com<br><br>*Attorneys for Plaintiff Travelers Commercial Insurance Company* | |