SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN T. BROOKS, Cal Bar No. 167793
jbrooks@sheppardmullin.com
JEFFREY V. COMMISSO, Cal Bar No. 191267
jcommisso@sheppardmullin.com
ANDREA S. WARREN, Cal Bar No. 327033
awarren@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

Attorneys for Plaintiff Travelers
Commercial Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW YORK MAINE AND GENERAL INSURANCE COMPANY, a Delaware Corporation,<br><br>  Defendant. | Case No. 2:21-cv-05832-GW-PD<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

Pursuant Federal Rule of Civil Procedure 41(a), plaintiff Travelers Commercial Insurance Company and defendant New York Marine and General Insurance Company, by and through their respective counsel of record, stipulate to voluntarily dismiss with prejudice the entire above-captioned action as to all parties, all claims, and all counter-claims, with each side to bear their own expenses, costs, and attorney fees incurred in connection with this action.

Dated:  January 19, 2024         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By ____/s/ Jeffrey V. Commisso____
       JEFFREY V. COMMISSO

Attorneys for Plaintiff Travelers Commercial Insurance Company

Dated:  January 19, 2024         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By ____/s/ Nicholas H. Rasmussen____
       JIM WAGONER
       NICHOLAS H. RASMUSSEN

Attorneys for Defendant New York Marine and New York Marine and General Insurance Company